42156

**UNITED STATES DISTRICT COURT**
**District of Minnesota**
**Clerk's Office, 700 Federal Building**
**316 North Robert Street, St. Paul, MN 55101**
**Phone: 651-848-1100**

***MOTION FOR ADMISSION PRO HAC VICE***

Case Number: **01-CV-2320 JMR/FLN** Case Title: **UNITED HEALTHCARE INSURANCE CO. AND AARP v. ADVANCEPCS**

***Affidavit of Movant***

I, **David B. Potter,** an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this court admit pro hac vice **George J .Hazel,** an attorney admitted to practice in the **U.S. District Court for the Eastern District of Virginia**, but not admitted to the bar of this court, who will be counsel for the ☒plaintiff ☐defendant **United HealthCare Insurance Co.** in the case listed above. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case listed above, and that I accept service of all papers served.

| Signature | **121642** Minnesota Attorney License No | **January 10, 2002** Date |
|---|---|---|

***Affidavit of Proposed Admittee***

I, **George J. Hazel,** am currently a member in good standing of the **U.S. District Court for the Eastern District of Virginia**, but not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

George J. Hazel
Type/Print Name

Signature

**January 10, 2002**

Date: **January** 16, **2002**

Signature
Attorney License No. ~~121642~~

Law Firm: **OPPENHEIMER WOLFF & DONNELLY LLP**
Suite/Bldg: **Plaza VII, Suite 3300**
Street Address: **45 South Seventh Street**
City State Zip: **Minneapolis, Minnesota 55402**
Telephone: **(612) 607-7000**

Motion Granted: the For Court, Richard D. Sletten, Clerk

Date: JAN 16 2002

***Note***: The original of this form and the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

JAN 17 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

C:\WINDOWS\TEMP\~0045209.DOC

OPPENHEIMER

OPPENHEIMER WOLFF & DONNELLY LLP

Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402-1609

612.607.7000
Fax 612.607.7100

Brussels
Los Angeles
Minneapolis
New York
Orange County
Paris
Silicon Valley
Washington, D.C.

oppenheimer.com

Direct Dial: 612.607.7552
E-Mail: bpuls@oppenheimer.com

January 17, 2002

**VIA FACSIMILE**

Clerk of U.S. District Courts
Attention: Lynda
700 Federal Building
316 North Robert Street
St. Paul, MN 55101

**Re: United Healthcare Insurance Co. and AARP v. AdvancePCS**
**Case No. 01-CV-2320**

Dear Lynda:

Pursuant to your voicemail left this morning with my secretary, Julie Turbeville, I am sending this letter to supplement the Pro Hac Vice papers filed on January 16, 2002, on behalf of Michael J. Lyle, George J. Hazel, and Christine P. Hsu. Pursuant to your request, we submit the following information on behalf of all three proposed admittees:

WEIL, GOTSCHAL & MANGES LLP
1501 K Street NW, Suite 100
Washington, DC 20005.
Telephone: (202) 682-7000
Facsimile: (202) 857-0940.

If you have any questions, please feel free to contact me. Thank you for your help in this matter.

Very truly yours,

Bret A. Puls
BP/jat