421641

RECEIVED
02 JAN 31 AM 11:59
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

# UNITED STATES DISTRICT COURT

District of Minnesota
**Clerk's Office, 700 Federal Building**
**316 North Robert Street, St. Paul, MN 55101**
**Phone: 651-848-1100**

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: **Civ. 01-CV-2320 JMR/FLN**

Case Title: **United HealthCare Ins. Co. & AARP, plaintiffs vs. AdvancePCS, defendant**

### Affidavit of Movant

I, **Vicki J. Bitner**, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice **Anthony Herman**, an attorney admitted to practice in the **U.S. District Court for the District of Columbia, the District of Maryland, and the Eastern District of Michigan**, but not admitted to the bar of this Court, who will be counsel for the **(X) plaintiff** ( ) defendant **AARP** in the case listed above. I am aware that the local rules of this Court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Vicki J. Bitner — Signature
213998 — MN Attorney License #
Jan. 30, 2002 — Date

### Affidavit of Proposed Admittee

I, **Anthony Herman**, am currently a member in good standing of the **U.S. District Court for the District of Columbia, the District of Maryland, and the Eastern District of Michigan**, but not admitted to the bar of this Court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Anthony Herman — Type/Print Name
Anthony Herman — Signature
January 23, 2002 — Date

| | |
|---|---|
| Attorney License # | **424643** |
| Law Firm | **COVINGTON & BURLING** |
| Address: | **1201 Pennsylvania Avenue, N.W.** |
| City State Zip | **Washington, D.C. 20004** |
| Telephone: | **202-662-5280** |
| Facsimile: | **202-662-6291** |

Motion Granted:
For the Court: Richard D. Sletten — Richard D. Sletten, Clerk
JAN 31 2002 — Date

Note: The original of this form and the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of the Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JAN 31 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

DC: 87161-1