UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-2320 (JMR/FLN)

| | | |
|---|---|---|
| United Healthcare Insurance, et al | ) | |
| | ) | |
| v. | ) | DISQUALIFICATION ORDER |
| | ) | |
| Advancepcs | ) | |

The above-captioned case has been assigned to the undersigned. This Court disqualifies itself from hearing this matter, pursuant to 28 U.S.C. §455. Accordingly, IT IS ORDERED that:

The Clerk of Court is directed to reassign this action pursuant to this Court's assignment of cases order, filed April 2, 2001.

Dated: February 11th, 2002

JAMES M. ROSENBAUM, Chief
United States District Judge

(13)

FEB 1 1 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Pursuant to an Order of Reassignment of Related Cases, this case is reassigned to

Judge Richard H. Kyle and Magistrate Judge John M. Mason

NEW CASE INFORMATION 01-2320 RHK/JMM

Use this case information for all further filings.