UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United Healthcare Insurance Company
and AARP,

Plaintiffs,

Civil No. 01-2320 (RHK/JMM)

vs.

**ORDER**

Advancepcs,

Defendant.

---

Before the Court are the following:

1. Plaintiff's Motion for a Preliminary Injunction;

2. Defendant's Motion for the Entry of a Prehearing Order and Request for an Evidentiary Hearing; and

3. Defendant's Motion for Leave of Court to File a Surreply Brief and Exhibits.

These matters are referred to Magistrate Judge John M. Mason for a recommended disposition and such scheduling orders as he deems appropriate. The undersigned will schedule the Motion for Preliminary Injunction for hearing after receipt of Judge Mason's recommendation with respect to scheduling, discourse and briefing issues.

Dated: February 14, 2002

RICHARD H. KYLE
United States District Judge

FEB 14 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK