**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP, | ) | Case No. 01-CV-2320 RHK/JMM |
| Plaintiffs, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| ADVANCEPCS, | ) | |
| Defendant. | ) | |

United HealthCare Insurance Company and AdvancePCS, on behalf of all parties and pursuant to Local Rule 7.1(b)(2)(B), hereby stipulate, consent and jointly move the Court for entry of a an order granting Plaintiffs an extension until Monday, March 4, 2002 to serve Plaintiffs' Opposition to Defendant's Motion to Dismiss.

IT IS FURTHER STIPULATED that an order in accordance with the terms of this Stipulation may be entered by the Court without further notice.

Dated: February 28, 2002

Respectfully submitted,

David B. Potter (MN #121642)
Bret A. Puls (MN #305157)
OPPENHEIMER WOLFF & DONNELLY LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
(612) 607-7000
(612) 607-7100 (fax)

Michael J. Lyle
Christine P. Hsu
Maureen Testoni
George J. Hazel
WEIL, GOTSHAL & MANGES LLP
1501 K Street NW, Suite 100
Washington, D.C. 20005
(202) 682-7000
(202) 857-0940 (fax)

MAR 0 4 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

and

Mark J. Briol (MN #126731)
Amy J. Ihlan (MN #162905)
Vicki J. Bitner (MN #213998)
BRIOL & ASSOCIATES, PLLC
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 337-8410
(612) 337-5151 (fax)

**Counsel for Plaintiffs**

Scott D. Knudson (#141987)
BRIGGS & MORGAN
2200 First National Bank Building
332 Minnesota Street
St. Paul, Minnesota 55101
(651) 223-6600

W. Thomas McGough, Jr.
Mary J. Hackett
Christopher J. Soller
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
(412) 288-3088

Lewis A. Remele, Jr.
BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.
3550 Multifoods Tower
Minneapolis, Minnesota 55402
(612) 333-3000

**Counsel for Defendant AdvancePCS**

# ORDER

Upon the foregoing Stipulation and the record and proceedings herein, the Court being advised in the premises;

**IT IS HEREBY ORDERED AND ADJUDGED** the following schedule.

1. Plaintiffs are granted an extension until Monday, March 4, 2002, to serve Plaintiffs' Opposition to Defendant's Motion to Dismiss.

Dated: March 1, 2002

RICHARD H. KYLE
United States District Judge