UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United Healthcare Insurance Company
and AARP,

Plaintiffs, Civil No. 01-2320 (RHK/JMM)

vs. **ORDER**

Advancepcs,

Defendant.

---

Before the Court is Defendant's Appeal from those parts of the March 1, 2002, Order of Magistrate Judge John M. Mason denying (a) its Motion for Entry of a Prehearing Order and Request for an Evidentiary Hearing, and (b) its Motion for Leave to File Surreply Brief. In view of the oral argument with respect to Plaintiffs' Motion for a Preliminary Injunction, scheduled for March 13, 2002, the Court has determined to resolve the issues raised in the Appeal without a response from Plaintiffs.

It is clear to the undersigned that neither of the rulings which are the subject of the present appeal is clearly erroneous or contrary to law. Judge Mason thoroughly reviewed the issues before him and reached conclusions fully supported by the record, applicable case law, and the Local Rules of this Court.

The undersigned, however, has reviewed the preliminary injunction memoranda and affidavits filed by the parties and concludes, sua sponte, that Defendant will be permitted to serve a Surreply Brief with exhibits and affidavits.

FILED MAR - 8 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. Paragraph 4 of Judge Mason's March 1, 2002 Order (Doc. No. 42) is **AFFIRMED**.

2. Paragraph 5 of Judge Mason's March 1, 2002 Order (Doc. No. 42) is **REVERSED** and Defendant's Motion for Hearing to File Surreply Brief and Exhibits (Doc. No. 30) is **GRANTED** subject to the following:

(i) the Surreply Brief shall be served upon counsel and filed with the Clerk's Office (original and two copies) **in St. Paul, Minnesota** by <u>12:00 noon, Monday, March 11, 2002</u>;

(ii) the Surreply Brief shall not exceed 7 pages in length and shall be formatted (e.g., font size, margins, footnotes) in identical fashion to Defendant's previously filed Memorandum of Law of Advancepcs in Opposition to Plaintiffs' Motion for Preliminary Injunction;

(iii) the Surreply Brief and accompanying affidavits shall be limited to responding to the "new factual averments" of the affidavits of Messrs. Morrison and Erickson and Plaintiffs' arguments with respect thereto;

(iv) there will be no written response to the Surreply Brief and the Court will not entertain a request to file a written response; and

(v) failure to comply with the foregoing items (i), (ii), (iii) and (iv) will result in appropriate sanctions.

3. Each side is allotted 30 minutes for oral argument on March 13, 2002.

Dated: March 8, 2002

RICHARD H. KYLE
United States District Judge