UNITED STATE DISTRICT COURT
DISTRICT OF MINNESOTA

United HealthCare Insurance Co.
and AARP

Plaintiffs,

INJUNCTION BOND
Civil No.01-2320 (RHK/JMM)

v.

AdvancePCS,

Defendant

---

INJUNCTION BOND

KNOW ALL MEN BY THESE PRESENTS, That United HealthCare Insurance Co. and AARP as principal, and St. Paul Fire and Marine Insurance Company, of St. Paul, MN, as surety, are held and firmly bound unto AdvancePCS, Defendant in the above entitled action in the sum of One Million and No/100---------($1,000,000.00), lawful money of the United States, to be paid unto the said AdvancePCS heirs, executors and administrators, firmly by these presents.

Sealed with our seal and dated this 19th day of March 2002.

The condition of this obligations is such, that whereas the above named Plaintiff(s) have duly applied for a Writ of Injunction against said Defendant(s) in this action, according to the statute in such case provided;

NOW, THEREFORE, If the Plaintiff(s) shall pay the said Defendant, or either of them, such damages as they sustain by reason of said Writ, if the court finally decides that the said Plaintiff(s) not entitled thereto, then this obligation shall be void; otherwise to remain in full force.

IN TESTIMONY WHEREOF, We have hereunto set our hand and seal this 19th day of March 2002.

ST. PAUL FIRE AND MARINE INSURANCE COMPANY

By: Brenda Pfeifer
Brenda Pfeifer, Attorney-in-fact

60

FILED MAR 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The St Paul

# POWER OF ATTORNEY

Seaboard Surety Company
St. Paul Fire and Marine Insurance Company
St. Paul Guardian Insurance Company
St. Paul Mercury Insurance Company

United States Fidelity and Guaranty Company
Fidelity and Guaranty Insurance Company
Fidelity and Guaranty Insurance Underwriters, Inc.

Power of Attorney No. 22936

Certificate No. 1075112

**KNOW ALL MEN BY THESE PRESENTS:** That Seaboard Surety Company is a corporation duly organized under the laws of the State of New York, and that St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company and St. Paul Mercury Insurance Company are corporations duly organized under the laws of the State of Minnesota, and that United States Fidelity and Guaranty Company is a corporation duly organized under the laws of the State of Maryland, and that Fidelity and Guaranty Insurance Company is a corporation duly organized under the laws of the State of Iowa, and that Fidelity and Guaranty Insurance Underwriters, Inc. is a corporation duly organized under the laws of the State of Wisconsin *(herein collectively called the "Companies")*, and that the Companies do hereby make, constitute and appoint

Craig Remick, Tony D. Becker, Nathan P. Hughes, Gary K. Wefel, Steven C. Aronson, Gary R. Woodward, Laurent R. Laventure, Diann M. Boesch, Carol M. Conley, Brenda Pfeifer and Janet D. Buerg

of the City of Bloomington, State Minnesota, their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety to, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**IN WITNESS WHEREOF**, the Companies have caused this instrument to be signed and sealed this 21st day of December, 2001.

Seaboard Surety Company
St. Paul Fire and Marine Insurance Company
St. Paul Guardian Insurance Company
St. Paul Mercury Insurance Company

United States Fidelity and Guaranty Company
Fidelity and Guaranty Insurance Company
Fidelity and Guaranty Insurance Underwriters, Inc.

[Seals: Seaboard Surety Company 1927; St. Paul Fire and Marine Insurance Company Corporate Seal; St. Paul Guardian Insurance Company Corporate Seal; St. Paul Mercury Insurance Company Corporate Seal; United States Fidelity and Guaranty Company Incorporated 1896; Fidelity and Guaranty Insurance Company 1977; Fidelity and Guaranty Insurance Underwriters, Inc. Incorporated 1951]

John F. Phinney

JOHN F. PHINNEY, Vice President

Thomas E. Huibregtse

State of Maryland
City of Baltimore

THOMAS E. HUIBREGTSE, Assistant Secretary

On this 21st day of December, 2001, before me, the undersigned officer, personally appeared John F. Phinney and Thomas E. Huibregtse, who acknowledged themselves to be the Vice President and Assistant Secretary, respectively, of Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, United States Fidelity and Guaranty Company, Fidelity and Guaranty Insurance Company, and Fidelity and Guaranty Insurance Underwriters, Inc.; and that the seals affixed to the foregoing instrument are the corporate seals of said Companies; and that they, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing the names of the corporations by themselves as duly authorized officers.

**In Witness Whereof,** I hereunto set my hand and official seal.

My Commission expires the 13th day of July, 2002.

Rebecca Easley-Onokala

REBECCA EASLEY-ONOKALA, Notary Public

This Power of Attorney is granted under and by the authority of the following resolutions adopted by the Boards of Directors of Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, United States Fidelity and Guaranty Company, Fidelity and Guaranty Insurance Company, and Fidelity and Guaranty Insurance Underwriters, Inc. on September 2, 1998, which resolutions are now in full force and effect, reading as follows:

**RESOLVED,** that in connection with the fidelity and surety insurance business of the Company, all bonds, undertakings, contracts and other instruments relating to said business may be signed, executed, and acknowledged by persons or entities appointed as Attorney(s)-in-Fact pursuant to a Power of Attorney issued in accordance with these resolutions. Said Power(s) of Attorney for and on behalf of the Company may and shall be executed in the name and on behalf of the Company, either by the Chairman, or the President, or any Vice President, or an Assistant Vice President, jointly with the Secretary or an Assistant Secretary, under their respective designations. The signature of such officers may be engraved, printed or lithographed. The signature of each of the foregoing officers and the seal of the Company may be affixed by facsimile to any Power of Attorney or to any certificate relating thereto appointing Attorney(s)-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and subject to any limitations set forth therein, any such Power of Attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company, and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is validly attached; and

**RESOLVED FURTHER,** that Attorney(s)-in-Fact shall have the power and authority, and, in any case, subject to the terms and limitations of the Power of Attorney issued them, to execute and deliver on behalf of the Company and to attach the seal of the Company to any and all bonds and undertakings, and other writings obligatory in the nature thereof, and any such instrument executed by such Attorney(s)-in-Fact shall be as binding upon the Company as if signed by an Executive Officer and sealed and attested to by the Secretary of the Company.

I, Thomas E. Huibregtse, Assistant Secretary of Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, United States Fidelity and Guaranty Company, Fidelity and Guaranty Insurance Company, and Fidelity and Guaranty Insurance Underwriters, Inc. do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is in full force and effect and has not been revoked.

**IN TESTIMONY WHEREOF,** I hereunto set my hand this 19TH day of MARCH , 2002 .

SEABOARD SURETY COMPANY 1927 STATE OF NEW YORK — ST. PAUL FIRE AND MARINE INSURANCE COMPANY CORPORATE SEAL — ST. PAUL GUARDIAN INSURANCE COMPANY CORPORATE SEAL — ST. PAUL MERCURY INSURANCE COMPANY CORPORATE SEAL — UNITED STATES FIDELITY AND GUARANTY COMPANY INCORPORATED 1896 — FIDELITY AND GUARANTY INSURANCE COMPANY 1977 — FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC. INCORPORATED 1951

Thomas E. Huibregtse

Thomas E. Huibregtse, Assistant Secretary

***To verify the authenticity of this Power of Attorney, call 1-800-421-3880 and ask for the Power of Attorney clerk. Please refer to the Power of Attorney number, the above-named individuals and the details of the bond to which the power is attached.***