**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

UNITED HEALTHCARE INSURANCE CO. and AARP,

Plaintiffs,

v.

ADVANCEPCS,

Defendant.

Civil Action No. 01-CV-2320 RHK/AJB

**ORDER TO STAY DISCOVERY DURING PENDENCY OF APPEAL**

The Court, having reviewed the record in this case, and having been apprised of the status of this matter by counsel for all parties, hereby ORDERS as follows:

1. Except as stated herein, all discovery in the above-captioned action shall be stayed, and all discovery and other deadlines presently set forth in the Scheduling Order dated March 13, 2002 shall also be stayed, during the pendency of Defendant AdvancePCS's appeal of the above-captioned Court's Memorandum Opinion and Order dated March 18, 2002 and Memorandum Opinion and Order dated March 22, 2002 in the U.S. Court of Appeals for the Eighth Circuit, which has been denominated as Appeal No. 02-1790 ("the Appeal").

2. Notwithstanding the foregoing, during the pendency of the Appeal, requests for production of documents by the parties, and the document subpoena previously served on Express Scripts, Inc., shall not be stayed, and the parties may continue to seek discovery of such documents in accordance with the Federal Rules of Civil Procedure.

FILED JUL 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

3. In addition, the parties shall respond to the pending interrogatories previously served in this case in accordance with the following schedule: Plaintiffs' responses shall be due on August 9, 2002; and Defendant's responses shall be due on August 30, 2002.

4. All other forms of discovery, including but not limited to depositions, are hereby stayed during the pendency of the Appeal.

5. Promptly following the issuance of a decision by the Court of Appeals resolving the Appeal, the parties shall request the above-captioned Court to schedule a status conference as soon as reasonably possible at which the parties and the Court will discuss how to proceed with this action in light of the Court of Appeals' decision and to reestablish new deadlines to be included in an amended scheduling order.

IT IS SO ORDERED, this 22nd day of July, 2002.

Honorable Arthur J. Boylan
United States Magistrate Judge
U.S. District Court, District of Minnesota