UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United Healthcare Insurance Company and AARP,

Plaintiffs,

vs.

Advancepcs,

Defendant.

Civil No. 01-2320 (RHK/AJB)

**O R D E R**

---

The Court's October 3, 2002, Notice of Assignment for Cases for Trial beginning March 1, 2003 is **VACATED** with respect to the above-captioned matter.

Dated: October 17, 2002

RICHARD H. KYLE
United States District Judge

OCT 17 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK