UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED HEALTHCARE INSURANCE COMPANY and AARP,

Plaintiffs,

v.

ADVANCEPCS,

Defendant.

Case No. 01-2320 RHK/AJB

NOTICE OF CANCELLATION

---

You are hereby notified that the Settlement Conference scheduled to be held on December 12, 2002 at 9:00 a.m., has been canceled.

As noticed in the July 30, 2002, Amended Notice of Settlement Conference, the all-day settlement conference will be held on **December 10, 2002 at 9:00 a.m.**, in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge.

Dated: 11/18/02

Arthur J. Boylan
U. S. Magistrate Judge

Filed NOV 18 2002
Richard Sletten, Clerk
Judgment Entered ________
Deputy Clerk's Initials ________