UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED HEALTHCARE INSURANCE COMPANY and AARP,

Plaintiffs,

v.

ADVANCEPCS,

Defendant.

Case No. 01-2320 RHK/AJB

**AMENDED** PRETRIAL SCHEDULING ORDER

---

WHEREAS, the parties have filed a Stipulated Pretrial Scheduling Order with the undersigned, and

WHEREAS, the Court believes that good cause has been shown for the same,

NOW THEREFORE IT IS HEREBY ORDERED that the Court's pretrial scheduling order is amended as follows:

Discovery Plan

1. Discovery shall be commenced in time to be completed by January 30, 2004.

2. All pre-discovery disclosures required by Rule 26(a)(1) have been completed.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

    a. By the party bearing the burden of proof as to a particular issue on or before March 1, 2004.

       Expert reports shall be disclosed by the party bearing the burden of proof as to a particular issue on or before March 1, 2004.

    b. By the party Responding to a particular issue on or before April 1, 2004.

       Expert reports shall be disclosed by the party responding to a

Filed AUG 11 2003
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

particular issue on or before April 1, 2004

c. All expert rebuttal reports shall be served on or before May 3, 2004.

4. No more than 25 interrogatories (counted in accordance with Fed.R.Civ.P. 33(a)) shall be served by any side.

5. No more than 25 factual depositions, excluding expert witness depositions, shall be taken by any side. Each side shall take no more than 5 expert depositions. Expert discovery including depositions, shall be completed by June 3, 2004.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by January 30, 2004. A reply memorandum not exceeding 5 pages may be delivered to opposing counsel and to the chambers of the Court no later than 9:00 a.m. on the business day preceding the hearing. June 17, 2004, shall be the deadline for service and filing of non-dispositive motions relating to expert discovery.

2. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

Dispositive Motions

1. All dispositive motions shall be **SERVED, FILED AND HEARD BY** the Court by September 1, 2004. (Counsel are reminded that they must anticipate the time required for scheduling a hearing by calling Calendar Clerk Deb Siebrecht, 651-848-1166.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a **Jury** trial on December 1, 2004, or upon resolution of any pending dispositive motions. Each side may call no more than 5 expert witnesses.

Dated: August 11, 2003

Arthur J. Boylan
U. S. Magistrate Judge