UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United Healthcare Insurance Company
and AARP,

Plaintiffs,

Civil No. 01-2320 (RHK/AJB)

vs.

**O R D E R**

AdvancePCS,

Defendant.

---

Defendant has filed Objections to the April 18, 2003 Order on Motion to Amend of Magistrate Judge Arthur J. Boylan. Judge Boylan determined that Plaintiffs had shown a prima facie case of Defendant's deliberate disregard for the right or safety of others–more specifically the economic rights of ESI and the safety of AARP members; he accordingly allowed Plaintiffs to amend their Complaint to assert a claim for punitive damages with respect to the economic right of ESI and the safety of AARP.

The objections are limited to the contention that "to allow AARP and United to base a claim for punitive damages upon alleged injury that they did not suffer and were at no risk of suffering violates public policy and due process by allowing impermissible punitive damages based upon alleged injuries to non-parties." In support of this argument, Defendant relies upon State Farm Mut. Auto Ins. Co. v. Campbell, 123 S. Ct. 1513 (2003).

SEP 29 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Although Judge Boylan's Order is considered "nondispositive" and is subject to review under a "clearly erroneous or contrary to law" standard, this Court has the authority to "reconsider any matters sua sponte." The undersigned has reviewed the April 18, 2003, Order on Motion to Amend sua sponte, concluded that Plaintiffs have not demonstrated a prima facie showing that (1) AdvancePCS acted with deliberate disregard for the safety of AARP members by depriving them of the benefits of the AARP Program's Drug Utilization Review or (2) AdvancePCS acted with deliberate disregard for Plaintiff's economic rights by continuing to use the same carrier-group number it previously used for the AARP program after its own termination of Pharmacy Benefits Manager. Accordingly, the Order on Motion to Amend is **VACATED** without prejudice to Plaintiffs' right to renew said Motion at the conclusion of discovery and within the time limits established in the August 11, 2003 Amended Pretrial Scheduling Order for submission of dispositive motions.

Dated: September 29, 2003

RICHARD H. KYLE
United States District Judge