# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

UNITED HEALTHCARE, ET AL.

Plaintiffs,

v.

ADVANCEPCS,

Defendants.

## COURT MINUTES

BEFORE: Arthur J. Boylan
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01-2320 RHK/AJB |
| Date: | February 26, 2004 |
| Court Reporter: | n/a |
| Tape Number: | 142 |
| Time Commenced: | 11:00 a.m. |
| Time Concluded: | 12:00 p.m. |
| Time in Court: | 1 hour |

## APPEARANCES:

For Plaintiff AARP: Scott A. Benson

For Plaintiff United: Christine P. Hsu

For Defendant: Mary J. Hackett

## MOTION:

Defendant's Motion to Compel [Docket No. 143]

Taken under advisement as of: February 26, 2004

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED

s/Kelly L. Mangan
Signature of Law Clerk