IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCEPCS,<br><br>Defendant. | Civil Action No. 01-CV-2320 RHK/AJB |

**STIPULATED AGREEMENT MODIFYING THE SECOND AMENDED PRETRIAL SCHEDULING ORDER AND [~~PROPOSED~~] ORDER**

WHEREAS, the parties submit this Stipulated Agreement Modifying the Second Amended Pretrial Scheduling Order to the undersigned,

WHEREAS, the Court believes that good cause has been shown for the same,

NOW THEREFORE, IT IS HEREBY ORDERED that the Court's Second Amended Pretrial Scheduling Order dated December 17, 2003 is modified as follows:

Discovery Plan

1. The depositions of: (a) Ms. Mead; (b) Mr. Correia; (c) Mr. Kenney; (d) a 30(b)(6) witness from AdvancePCS; and (e) David Halbert (depending upon the ruling of the Court on the pending Motion to Quash) may be taken after the close of the fact discovery period on March 1, 2004, but shall be taken prior to March 12, 2004.

2. The fact and 30(b)(6) deposition of United to be given by Ms. McMillan may be taken after the March 1, 2004 fact discovery deadline, but shall be taken prior to April 1, 2004.

3. The 30(b)(6) deposition of AARP may be taken after the March 1, 2004 fact discovery deadline, but shall be taken on or before March 26, 2004.

4. The 30(b)(6) depositions will be limited to the subject matters currently listed on the outstanding notices.

Non-Dispositive Motions

1. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by March 12, 2004, except that non-dispositive motions related to the depositions of Ms. McMillan or the AARP 30(b)(6) designee, or to issues arising during those depositions, shall be filed by April 1, 2004.

The Second Amended Pretrial Scheduling Order remains in effect with respect to all other terms.

AGREED TO BY:

This 27th day of February, 2004

UNITED HEALTHCARE INSURANCE CO.

By Counsel

Tracy Hsu (by permission)

WEIL, GOTSHAL & MANGES LLP
Michael J. Lyle
Holly E. Loiseau
Christine P. Hsu
1501 K Street NW, Suite 100
Washington, D.C. 2005

OPPENHEIMER WOLFF & DONNELLY LLP
David B. Potter (MN #121642)
Bret A. Puls (MN #305157)
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402

This ___ day of _________, 2004

AARP
By Counsel

BRIOL & ASSOCIATES, PLLC
Mark J. Briol (MN #126731)
Vicki J. Bitner (MN #213998)
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

This 27 day of FEBRUARY, 2004

ADVANCEPCS
By Counsel

Kevin P. Hickey for

REED SMITH LLP
W. Thomas McGough, Jr.
Mary J. Hackett
Christopher J. Soller
435 Sixth Avenue
Pittsburgh, PA 15219

BASSFORD REMELE, P.A.
Lewis A. Remele, Jr.
Kevin P. Hickey
33 South Sixth Street
Suite 3800
Minneapolis, MN 55402

Dated: 3/1/04

SO ORDERED:

ARTHUR J. BOYLAN
U.S. MAGISTRATE JUDGE