# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

United Healthcare Ins. Co., and AARP,

Plaintiffs,

v.

AdvancePCS,

Defendant.

**COURT MINUTES**
BEFORE: Arthur J. Boylan
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01-2320 RHK/AJB |
| Date: | March 9, 2004 |
| Court Reporter: | n/a |
| Tape Number: | 145 |
| Time Commenced: | 2:00 p.m. |
| Time Concluded: | 2:30 p.m. |
| Time in Court: | 30 Minutes |

MOTION:

Defendant's Motion for Protective Order and Motion to Quash Notice of Deposition of David D. Halbert [Docket No. 152]

APPEARANCES:

For Plaintiff United: Holly E. Loiseau
For Plaintiff AARP: Vicki J. Bitner
For Defendant: W. Thomas McGough, Jr.

Motions taken under advisement as of: March 9, 2004

ORDER TO BE ISSUED

s/Kelly L. Mangan
Signature of Law Clerk