UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United Healthcare Insurance Company
and AARP,

Plaintiffs, Civil No. 01-2320 (RHK/AJB)

vs. **O R D E R**

Advancepcs,

Defendant.

---

The Motion for Leave to Amend the Second Amended Complaint will be deemed submitted upon the written briefs and without oral argument; the April 14, 2004 hearing is **CANCELED**. The existing briefing schedule for said Motion remains in effect.

Dated: March 24, 2004

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge