SCANNED
MAR 2 9 2004
U.S. DISTRICT COURT ST. PAUL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 01-CV-2320 RHK/AJB |
| ADVANCEPCS, | ) | |
| Defendant. | ) | |

**SECOND STIPULATED AGREEMENT MODIFYING THE SECOND AMENDED PRETRIAL SCHEDULING ORDER AND [PROPOSED] ORDER**

WHEREAS, the parties have been endeavoring in good faith to complete the discovery in the above captioned case in a timely manner,

WHEREAS, AdvancePCS commenced deposing Ms. Roberta Milman as the 30(b)(6) deponent for AARP on the morning of March 22, 2004 and questioned her for approximately three and one half hours,

WHEREAS, the parties agreed to complete Ms. Milman's deposition on a later date, and are diligently seeking to find a day to do so that is mutually available for all counsel and the witness,

WHEREAS, the parties submit this Second Stipulated Agreement Modifying the Second Amended Pretrial Scheduling Order to the undersigned, and

WHEREAS, the Court believes that good cause has been shown for the same,

NOW THEREFORE, IT IS HEREBY ORDERED that the Court's Second Amended Pretrial Scheduling Order dated December 17, 2003 is modified as follows:

Discovery Plan

1. The 30(b)(6) deposition of AARP may be completed after the March 26, 2004 deadline, but shall be taken on or before April 22, 2004.

2. The 30(b)(6) deposition of AARP shall be limited to the subject matters currently listed on the outstanding notices.

Non-dispositive Motions

1. All non-dispositive motions and supporting documents, including those which relate to discovery, shall have been served and filed by March 12, 2004, except that non-dispositive motions related to the deposition of the AARP 30(b)(6) designee, or issues arising during that deposition, shall be filed by April 26, 2004.

The Second amended Pretrial Scheduling Order remains in effect with respect to all other terms.

AGREED TO BY:

AARP
By Counsel

BRIOL & ASSOCIATES, PLLC
Mark J. Briol
Vicki J. Bitner
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

This 25 day of March, 2004

UNITED HEALTHCARE
By Counsel

______________________________ This 25th day of March, 2004
WEIL, GOTSHAL & MANGES LLP
Michael J. Lyle
Holly E. Loiseau
Christine P. Hsu
1501 K. Street NW, Suite 100
Washington, D.C. 2005

______________________________ This 25th day of March, 2004
OPPENHEIMER WOLFF & DONNELLY LLP
David B. Potter
Bret A. Puls
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402

ADVANCEPCS
By Counsel

______________________________ This 24th day of March, 2004
BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.
Lewis A. Remele, Jr.
Kevin P. Hickey
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402-3787

______________________________ This 24th day of March, 2004
REED SMITH LLP
W. Thomas McGough, Jr.
Mary J. Hackett
Christopher J. Soller
435 Sixth Avenue
Pittsburgh, PA 15219

SO ORDERED:

Dated: 3/29/04

______________________________
ARTHUR J. BOYLAN
U.S. MAGISTRATE JUDGE