# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

United Healthcare Ins. Co. and AARP,

Plaintiffs,

v.

AdvancePCS,

Defendants.

**COURT MINUTES**
BEFORE: Arthur J. Boylan
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01-2320 RHK/AJB |
| Date: | March 31, 2004 |
| Court Reporter: | n/a |
| Tape Number: | 148/149 |
| Time Commenced: | 2:30 |
| Time Concluded: | 3:15 |
| Time in Court: | 45 Minutes |

APPEARANCES:

Plaintiffs: Vicki J. Bitner for AARP
Mark J. Briol for AARP
Local Counsel appeared for United Healthcare

Defendant(s): Christopher J. Soller for AdvancePCS
Kevin P. Hickey for Advance PCS

MOTIONS:

Plaintiff AARP's Motion to Extend Discovery in Order to Compel Additional Depositions [Docket No. 165]

Motion **granted** on the record. Plaintiff AARP is entitled to a four-hour deposition regarding the data on the CD-ROM produced by Defendant AdvancePCS after the close of discovery. The deposition shall take place as soon as possible.

s/Kelly L. Mangan
Law Clerk