# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

United Healthcare Ins. Co. and AARP,

Plaintiffs,

v.

AdvancePCS,

Defendants.

**COURT MINUTES**
BEFORE: Arthur J. Boylan
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01-2320 RHK/AJB |
| Date: | May 3, 2004 |
| Court Reporter: | n/a |
| Tape Number: | 153/154 |
| Time Commenced: | 10:00 a.m. |
| Time Concluded: | 10:45 a.m. |
| Time in Court: | 45 Minutes |

APPEARANCES:

Plaintiffs: Christine Hsu for United Healthcare
Michael Lyle for United Healthcare
Local Counsel also appeared for United Healthcare
Mark J. Briol for AARP

Defendant: Mary Hacket for AdvancePCS
Kevin P. Hickey appeared as local counsel for Advance PCS

MOTIONS:

Plaintiff United's Motion to Strike Expert Declaration of Arlin M. Adams [Docket No. 178]

Motion taken under advisement as of May 3, 2004.

s/Kelly L. Mangan
Law Clerk