**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED HEALTHCARE INSURANCE COMPANY AND AARP,

Civil No. 01-2320 RHK/AJB

Plaintiffs,

v.

**ORDER ON PLAINTIFF UNITED'S MOTION TO STRIKE EXPERT DECLARATION OF ARLIN ADAMS**

ADVANCEPCS,

Defendant,

---

The above matter came before the Court on Plaintiff United's Motion to Strike the Expert Declaration of Arlin Adams. [Docket No. 178]. Plaintiffs challenge the expert declaration of Arlin Adams, a practicing attorney and retired judge of the United States Court of Appeals for the Third Circuit. AdvancePCS wants Adams to (1) instruct the jury on temporary restraining orders and the process followed to obtain one, as well as mitigation and laches; (2) testify about the likelihood that United would have been able to obtain a TRO against AdvancePCS and (3) opine that United's failure to apply for a TRO constitutes a failure to mitigate. Plaintiffs argues that Federal Rule of Evidence 702 and Daubert v. Merrell Dow Pharm., Inc., 509 U.S. 579, 589-592 (1993), preclude this kind of legal expert testimony.

A hearing was held on May 3, 2004, at the U. S. Courthouse, 316 Robert St., St. Paul, Minnesota. Christine Hsu, Esq., argued on behalf of the Plaintiffs. Mary J. Hackett, Esq., argued on behalf of Defendant AdvancePCS. Based on the file, affidavits, memoranda and arguments of counsel,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' Motion to Strike Expert Declaration of Arlin Adams is **denied without prejudice**, pursuant to the conditions provided herein. [Docket No. 178].

2. Because such motions are normally decided at the final pretrial conference, and because the trial judge is in the best position to decide this issue, the undersigned will defer to District Judge Richard Kyle on this issue.

3. The parties should feel free to contact Judge Kyle's chambers to inquire whether he wishes to hear the issue now or wait until the final pretrial conference. It may be appropriate here to decide the issue before Plaintiff incurs the expense of retaining a contrary expert.

4. If Judge Kyle chooses to refer the Motion back to the undersigned for decision at this time, the Motion will be decided with no further argument, written or oral.

Dated: May 5, 2004

s/Arthur J. Boylan
Arthur J. Boylan
United States Magistrate Judge