**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED HEALTHCARE INSURANCE COMPANY AND AARP,

Civil No. 01-2320 RHK/AJB

Plaintiffs,

v.

**ORDER ON IN CAMERA DOCUMENTS**

ADVANCEPCS,

Defendant,

---

In its Order dated May 3, 2004, the Court directed United to produce for in camera review several documents that were not provided with the rest of the United's in camera production. [Docket No. 182]. The Court has had an opportunity to review the documents and makes the following findings:

**IT IS HEREBY ORDERED THAT:**

1. United need not produce the e-mails between Thomas Erickson and Gaye Massey, dated December 3, 2001. They involve a request for and receipt of legal advice and are therefore protected by attorney client privilege.

2. The documents attached to the September 12, 2001, e-mail from Patrick Byrne with the subject, "FW: AdvancePCS - Bascomb Memo to Quam," are not protected. The memo was not prepared by or for an attorney, and it was attached to an e-mail saying "in the event that we need to take legal action," showing that litigation had not yet begun. The supporting documents present no issues of attorney client privilege or work product. They were prepared in the normal course of business. United shall produce

the e-mail, the memo and the attached documents within ten days of this Order.

3. The Memo from Beth Wingate to Stuart Bascomb, and the accompanying articles, attached to the September 25, 2001, e-mail from Tom Luft to Gaye Massey, are not protected. They deal simply with United's response to problems with the PBM transfer. The memo contains no legal advice and was not prepared in anticipation of litigation. The articles present no issues of attorney client privilege or work product. United shall produce the attached memo, as well as the articles, within ten days of this Order.

4. The Court will retain the records submitted for in camera for thirty days. Unless otherwise advised by United, the documents will be destroyed after thirty days.

Dated: May 24, 2004

s/Arthur J. Boylan
Arthur J. Boylan
United States Magistrate Judge