**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

UNITED HEALTHCARE INSURANCE CO. and AARP,

Plaintiffs,

v.

ADVANCEPCS,

Defendant.

CASE NO. 01-CV-2320 RHK/AJB

**DEFENDANT ADVANCEPCS' MOTION TO COMPEL IDENTIFICATION OF EXPERTS WHO WILL BE CALLED TO TESTIFY AT TRIAL BY PLAINTIFFS**

TO: Plaintiffs United HealthCare Insurance Co. and AARP and their attorneys, David B. Potter and Bret A. Puls, Oppenheimer, Wolff & Donnelly LLP, Plaza VII, Suite 3300, 45 South Seventh Street, Minneapolis, MN 55402, Michael J. Lyle, Holly E. Loiseau, and Christine P. Hsu, Weil, Gotshal & Manges LLP, 1501 K Street NW, Suite 100, Washington, D.C. 20005, and Mark J. Briol and Vicki J. Bitner, Briol & Associates, PLLC, 3700 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402.

## MOTION

As an initial matter, AdvancePCS hereby certifies that in accordance with Federal Rules of Civil Procedure and Local Rule 37.1, it has in good faith attempted to confer with the Plaintiffs in an effort to secure the information sought herein.

AND NOW, comes the Defendant, AdvancePCS, by and through its undersigned counsel, and hereby moves this court for an Order granting AdvancePCS' Motion to Compel Identification of Experts Who Will Be Called To Testify At Trial By Plaintiffs. In support of its Motion, AdvancePCS relies on the accompanying Memorandum in Support of Its Motion to Compel Identification of Experts Who Will Be Called To Testify At Trial By Plaintiffs, and supporting affidavit, each of which has been filed pursuant to applicable rules.

Dated: May 24, 2004

Respectfully submitted,

/s Kevin P. Hickey for

REED SMITH LLP
W. Thomas McGough, Jr.
Mary J. Hackett
Christopher J. Soller
435 Sixth Avenue
Pittsburgh, PA 15219-1886
(412) 288-3131

BASSFORD REMLE, P.A.
Lewis A. Remele, Jr.
Kevin P. Hickey
33 South Sixth Street
Suite 3800
Minneapolis, MN 55402-3787
(612) 333-3000

Attorneys for Defendant AdvancePCS