**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

UNITED HEALTHCARE INSURANCE CO. and AARP,

Plaintiffs,

v.

ADVANCEPCS,

Defendant.

CASE NO. 01-CV-2320 RHK/AJB

**DEFENDANT ADVANCEPCS' NOTICE OF MOTION TO COMPEL IDENTIFICATION OF EXPERTS WHO WILL BE CALLED TO TESTIFY AT TRIAL BY PLAINTIFFS**

TO: Plaintiffs United HealthCare Insurance Co. and AARP and their attorneys, David B. Potter and Bret A. Puls, Oppenheimer, Wolff & Donnelly LLP, Plaza VII, Suite 3300, 45 South Seventh Street, Minneapolis, MN 55402, Michael J. Lyle, Holly E. Loiseau, and Christine P. Hsu, Weil, Gotshal & Manges LLP, 1501 K Street NW, Suite 100, Washington, D.C. 20005, and Mark J. Briol and Vicki J. Bitner, Briol & Associates, PLLC, 3700 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402.

**NOTICE**

PLEASE TAKE NOTICE that Defendant AdvancePCS, by and through its undersigned counsel, will bring the following motion for oral argument before the Court on the 7th day of June, 2004 before the Honorable Arthur J. Boylan of the United States District Court for the District of Minnesota, at the Warren E. Burger Federal Building, 316 North Robert Street, St. Paul, MN, Courtroom 628A, at 1:30 p.m. or as soon thereafter as counsel may be heard.

Dated: May 24, 2004

Respectfully submitted,

/s Kevin P. Hickey for

REED SMITH LLP
W. Thomas McGough, Jr.
Mary J. Hackett
Christopher J. Soller
435 Sixth Avenue
Pittsburgh, PA 15219-1886
(412) 288-3131

BASSFORD REMLE, P.A.
Lewis A. Remele, Jr.
Kevin P. Hickey
33 South Sixth Street
Suite 3800
Minneapolis, MN 55402-3787
(612) 333-3000

Attorneys for Defendant AdvancePCS