IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP, Plaintiffs, | ) | Civil Action No. 01-2320 RHK/AJB |
| v. | ) | |
| ADVANCEPCS, Defendant. | ) | **AFFIDAVIT OF CHRISTOPHER J. SOLLER** |

COMMONWEALTH OF PENNSYLVANIA )
) SS.
COUNTY OF ALLEGHENY )

Christopher J. Soller, being first duly sworn upon oath, deposes and states as follows:

1. I am an attorney with Reed Smith LLP, representing Defendant AdvancePCS in the above-captioned matter. I make this Affidavit of my own personal knowledge and in support of Defendant AdvancePCS' Motion to Compel Identification of Experts Who Will Be Called to Testify at Trial by Plaintiffs.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Second Amended Pretrial Scheduling Order entered by this Court on February 15, 2003.

3. Attached hereto as Exhibit 2 is true and correct copy of correspondence dated April 1, 2004 authored by counsel for Plaintiffs.

4. Attached hereto as Exhibit 3 is a true and correct copy of the letter dated April 12, 2004 from counsel for AdvancePCS to Plaintiffs' counsel.

5. Attached hereto as Exhibit 4 is a true and correct copy of the letter dated April 15, 2004 from United's counsel to counsel for AdvancePCS.

6. Attached hereto as Exhibit 5 is a true and correct copy of the letter dated April 16, 2004 from counsel for AdvancePCS to Plaintiffs' counsel.

7. Attached hereto as Exhibit 6 is a true and correct copy of the relevant portions of Plaintiff United HealthCare Insurance Co.'s Objections and Responses to Defendant's First Set of Interrogatories Directed to Plaintiff United HealthCare.

8. Attached hereto as Exhibit 7 is a true and correct copy of the relevant portions of AARP's Responses and Objections to Defendant's First Set of Interrogatories.

9. Attached hereto as Exhibit 8 is a true and correct copy of the letter dated April 20, 2004 from United's counsel to counsel for AdvancePCS.

10. Attached hereto as Exhibit 9 is a true and correct copy of the letter dated May 18, 2004 from counsel for AdvancePCS to Plaintiffs' counsel.

FURTHER AFFIANT SAYETH NOT.

s/Christopher J. Soller________
Christopher J. Soller

Subscribed and sworn before
me this 20th day of May, 2004.

s/Suzanne E. Greives_______________
Notary Public