IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP, | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 01-2320 RHK/AJB |
| v. | ) | |
| | ) | **EXHIBIT LIST TO AFFIDAVIT OF CHRISTOPHER J. SOLLER** |
| ADVANCEPCS, | ) | |
| Defendant. | ) | |

**Exhibits**

1. Second Amended Pretrial Scheduling Order dated February 15, 2003.

2. Correspondence dated April 1, 2004, authored by counsel for Plaintiffs.

3. Letter dated April 12, 2004 from counsel for AdvancePCS to Plaintiffs' counsel.

4. Letter dated April 15, 2004 from United's counsel to counsel for AdvancePCS.

5. Letter dated April 16, 2004 from counsel for AdvancePCS to Plaintiffs' counsel.

6. Relevant portions of Plaintiff United HealthCare Insurance Co.'s Objections and Responses to Defendant's First Set of Interrogatories Directed to Plaintiff United HealthCare. (Filed Conventionally, under seal)

7. Relevant portions of AARP's Responses and Objections to Defendant's First Set of Interrogatories. (Filed Conventionally, under seal)

8. Letter dated April 20, 2004 from United's counsel to counsel for AdvancePCS.

9. Letter dated May 18, 2004 from counsel for AdvancePCS to Plaintiffs' counsel.