UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED HEALTHCARE INSURANCE COMPANY and AARP,

Plaintiffs,

v.

ADVANCEPCS,

Defendant.

Case No. 01-2320 RHK/AJB

**SECOND AMENDED**
PRETRIAL SCHEDULING ORDER

---

WHEREAS, the parties have filed a Stipulated Pretrial Scheduling Order with the undersigned, and

WHEREAS, the Court believes that good cause has been shown for the same,

NOW THEREFORE IT IS HEREBY ORDERED that the Court's pretrial scheduling order is amended as follows:

Discovery Plan

1. Discovery shall be commenced in time to be completed by March 1, 2004.

2. All pre-discovery disclosures required by Rule 26(a)(1) have been completed.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By the party bearing the burden of proof as to a particular issue on or before April 1, 2004.

      Expert reports shall be disclosed by the party bearing the burden of proof as to a particular issue on or before April 1, 2004.

   b. By the party Responding to a particular issue on or before May 4, 2004.

      Expert reports shall be disclosed by the party responding to a

EXHIBIT

1

Filed DEC 17 2003
Richard Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

Exhibit 1

particular issue on or before May 4, 2004.

c. All expert rebuttal reports shall be served on or before June 4, 2004.

4. No more than 25 interrogatories (counted in accordance with Fed.R.Civ.P. 33(a)) shall be served by any side.

5. No more than 25 factual depositions, excluding expert witness depositions, shall be taken by any side. Each side shall take no more than 5 expert depositions. Expert discovery including depositions, shall be completed by July 3, 2004.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by March 1, 2004. A reply memorandum not exceeding 5 pages may be delivered to opposing counsel and to the chambers of the Court no later than 9:00 a.m. on the business day preceding the hearing. July 20, 2004, shall be the deadline for service and filing of non-dispositive motions relating to expert discovery.

2. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

Dispositive Motions

1. All dispositive motions shall be **SERVED, FILED AND HEARD BY** the Court by September 1, 2004. (Counsel are reminded that they must anticipate the time required for scheduling a hearing by calling Calendar Clerk Deb Siebrecht, 651-848-1166.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a Jury trial on December 1, 2004, or upon resolution of any pending dispositive motions. Each side may call no more than 5 expert witnesses.

Dated: 2/5/03

Arthur J. Boylan
U. S. Magistrate Judge

OPPENHEIMER

OPPENHEIMER WOLFF & DONNELLY LLP

Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402-1609

oppenheimer.com

612.607.7000
Fax 612.607.7100

Direct Dial: 612.607.7552
E-Mail: BPuls@oppenheimer.com

April 1, 2004

Kevin P. Hickey, Esq.
Lewis A. Remele, Jr., Esq.
BASSFORD, REMELE
3550 Multifoods Tower
Minneapolis, MN 55402-3787
**VIA MESSENGER**

Christopher J. Soller, Esq.
Mary J. Hackett, Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886
**FEDERAL EXPRESS**

**Re:** ***United HealthCare Insurance Co. and AARP v. AdvancePCS***
**U.S. District Court: 01-2320 RHK/AJB**

Dear Counsel:

Please find enclosed and served upon you Plaintiffs' Disclosure of Expert Witnesses and Experts' Reports regarding the above-entitled matter.

Best regards,

Bret A. Puls

BAP/jat
Enclosures

cc: Michael Lyle/Christine Hsu (Federal Express)
Mark Briol/Vicki Bitner (via Messenger)
David B. Potter

Soller
Hackett

EXHIBIT
2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCEPCS,<br><br>Defendant. | Civil Action No. 01-CV-2320 RHK/AJB |

**PLAINTIFFS' RULE 26(a)(2) EXPERT TESTIMONY DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 26(a)(2) and the Second Amended Pretrial Scheduling Order, as amended, United HealthCare Insurance Co. ("United") and AARP respectfully submit the following disclosure relating to expert testimony to be relied on at trial in the above-captioned case.

***Persons Disclosed Pursuant to Fed. R. Civ. P. 26(a)(2)(A):***

Arthur H. Cobb, C.P.A.

Bob Dufour, R.Ph.

Edwin C. Hedblom, Pharm.D.

Charles G. Kneese, P.D.

Claude R. Martin, Jr., Ph.D

John W. Maxwell, M.S., R.Ph.

Mary Ellen Mitchell

Thomas E. Morrison

Marjorie K. Simos

***Disclosures Pursuant to Fed. R. Civ. P. 26(a)(2)(B):***

Expert Report of Cobb & Associates, Ltd. on behalf of United (Arthur H. Cobb, C.P.A.) attached hereto at Tab 1

Expert Report of Cobb & Associates, Ltd. (Arthur H. Cobb, C.P.A.) on behalf of AARP attached hereto at Tab 2.

Expert Report of Claude R. Martin, Jr., Ph.D attached hereto at Tab 3

Expert Report of John W. Maxwell, M.S., R.Ph. attached hereto at Tab 4

Dated: April 1, 2004

Respectfully submitted,

David B. Potter (MN #121642)
Bret A. Puls (MN #305157)
OPPENHEIMER WOLFF & DONNELLY LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
(612) 607-7000
(612) 607-7100 (fax)

and

Michael J. Lyle
Holly E. Loiseau
Christine P. Hsu
WEIL, GOTSHAL & MANGES LLP
1501 K Street NW, Suite 100
Washington, D.C. 20005
(202) 682-7000
(202) 857-0940 (fax)

Attorneys for Plaintiff United HealthCare Insurance Co.

William S. Carpenter for Vicki J. Bitner

Mark J. Briol (MN #126731)
Scott A. Benson (MN # 198419)
Vicki J. Bitner (MN #213998)
BRIOL & ASSOCIATES, PLLC
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 337-8410
(612) 337-5151 (fax)

Attorneys for Plaintiff AARP

ReedSmith

**Amy M. Joseph**
Direct Phone: 412.288.7194
Email: ajoseph@reedsmith.com

Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886
412.288.3131
Fax 412.288.3063

April 12, 2004

**VIA FACSIMILE & US MAIL**

Christine P. Hsu, Esquire
Weil, Gotshal & Manges LLP
1501 K Street NW
Suite 100
Washington, DC 20005-1411

Vicki J. Bitner, Esquire
Briol & Associates PLLC
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2101

Re: United Healthcare Ins., et al. v. AdvancePCS; Civil Action No. 01-2320 (U.S. District Court for the District of Minnesota)

Dear Counsel:

We are in receipt of Plaintiffs' Rule 26(a)(2) Expert Testimony Disclosure dated April 1, 2004. Pursuant to the Second Amended Pretrial Scheduling Order, we note that "each side may call no more than 5 expert witnesses." Given that your Rule 26(a)(2) disclosure lists nine (9) individuals as Rule 26 experts, we ask that you please identify which of the nine experts will be testifying at trial so that we are aware of which experts are subject to rebuttal.

Thank you for your anticipated cooperation. If you have any questions, please do not hesitate to contact me.

Very truly yours,

REED SMITH LLP

By [signature]
Amy M. Joseph

cc (via regular mail):
Bret A. Puls, Esq.

EXHIBIT
tabbles
3

WEIL, GOTSHAL & MANGES LLP
SUITE 100
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 682-7000
FAX: (202) 857-0940

BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
HOUSTON
LONDON
MIAMI
NEW YORK
PRAGUE
SILICON VALLEY
SINGAPORE
WARSAW

WRITER'S DIRECT LINE
(202) 682-7022
[illegible]@weil.com

April 15, 2004

**BY FACSIMILE AND MAIL**

Amy Joseph, Esq.
Reed Smith
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Re: **United HealthCare Ins. Co. and AARP v. AdvancePCS, Civil Action No. 01-2320 (D. Minn.)**

Dear Amy:

We are in receipt of your letter of April 12, 2004. We have conferred with counsel for AARP and they join in this response.

With regard to your inquiry into which of Plaintiffs' disclosed experts are subject to rebuttal, please note that pursuant to Fed. R. Civ. P. 26(a)(2)(B), Plaintiffs have disclosed three experts and provided reports on their behalf that are subject to rebuttal by AdvancePCS.

With regard to the other individuals disclosed pursuant to Rule 26(a)(2)(A), Plaintiffs will not be submitting any expert reports on behalf of these individuals. Rather, we have disclosed them out of an abundance of caution, to prevent any unfair surprise. Moreover, we note that these individuals have all been deposed in this case and AdvancePCS had a full and fair opportunity to examine them with regard to any lay or opinion testimony they may offer at trial. In any event, we are not required, by either the Federal Rules or the Scheduling Order, to specify which of the individuals disclosed pursuant to Rule 26(a)(2)(A) will be called at trial to give expert testimony.

DC1\1780290\3\TD902!.DOC\78429.0024

EXHIBIT
tabbies
4

If you have any further questions, please do not hesitate to contact me.

Very truly yours,

Tina

Christine P. Hsu

cc: WGM Team
David B. Potter/Bret A. Puls
Mark J. Briol/Vicki J. Bitner
Lewis A. Remele/Kevin P. Hickey

ReedSmith

Amy M. Joseph
Direct Phone: 412.288.7194
Email: ajoseph@reedsmith.com

Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886
412.288.3131
Fax 412.288.3063

April 16, 2004

**VIA FACSIMILE AND U.S. MAIL**

Christine P. Hsu, Esquire
Weil, Gotshal & Manges LLP
1501 K Street NW
Suite 100
Washington, DC 20005-1411

Vicki J. Bitner, Esquire
Briol & Associates PLLC
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2101

Re: **United Healthcare, Ins. et al. v. AdvancePCS, Civil Action No. 01-2320 (U.S. District Court for the District of Minnesota)**

Dear Counsel:

We are in receipt of your letter dated April 15, 2004, which was a response to our April 12, 2004 inquiry regarding your Rule 26(a)(2) Expert Testimony Disclosure. We disagree with your assertion that you have no obligation to provide information as to which individuals will be called at trial to give expert testimony. Specifically, in Interrogatories No.21 (United) and No. 14 (AARP), we asked you to identify each person whom you expect to call as an expert witnesses at trial. Pursuant to Rule 26(e)(2), you are under a duty to supplement your interrogatory responses. As such, please identify those experts whom you plan to call at trial to give expert testimony so that we may go forward.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

REED SMITH LLP

By Amy M. Joseph

AMJ:mkl
cc (via regular mail):
Bret A. Puls, Esq.

EXHIBIT
5