WEIL, GOTSHAL & MANGES LLP
SUITE 100
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 682-7000
FAX: (202) 857-0940

BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
HOUSTON
LONDON
MIAMI
NEW YORK
PRAGUE
SILICON VALLEY
SINGAPORE
WARSAW

WRITER'S DIRECT LINE
(202) 682-7022
wei.hsu@weil.com

April 20, 2004

**BY FACSIMILE AND MAIL**

Amy Joseph, Esq.
Reed Smith
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Re: **United HealthCare Ins. Co. and AARP v. AdvancePCS, Civil Action No. 01-2320 (D. Minn.)**

Dear Amy:

We are in receipt of your letter of April 16, 2004. We have conferred with counsel for AARP and they join in this response.

As stated in our earlier letter, we disagree with your assertion that we are under an obligation to inform you, at this stage of litigation and beyond the disclosures already made, who we will call to testify as expert witnesses at trial. With regard to any continuing duty to supplement our earlier interrogatory responses on this issue, when we have determined which of the disclosed individuals we will actually call to testify as expert witnesses at trial, and consistent with our obligations under Rules 26(a)(2) and 26(a)(3), we will supplement our responses at that time.

If you have any further questions, please do not hesitate to contact me.

Very truly yours,

Christine P. Hsu

DC1:\178557\01\GTRX01!.DOC\78439.0024

EXHIBIT
8

cc: WGM Team
David B. Potter/Bret A. Pula
Mark J. Briol/Vicki J. Bitner
Lewis A. Remele/Kevin P. Hickey

ReedSmith

Amy M. Joseph
Direct Phone: 412.288.7194
Email: ajoseph@reedsmith.com

Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886
412.288.3131
Fax 412.288.3063

May 18, 2004

**VIA FACSIMILE & US MAIL**

Christine P. Hsu, Esquire
Weil, Gotshal & Manges LLP
1501 K Street NW
Suite 100
Washington, DC 20005-1411

Vicki J. Bitner, Esquire
Briol & Associates PLLC
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2101

Re: United Healthcare Ins., et al. v. AdvancePCS; Civil Action No. 01-2320 (U.S. District Court for the District of Minnesota)

Dear Counsel:

We write as a follow up to our initial correspondence of April 12, 2004, which asked you to identify which of the nine witnesses listed in Plaintiffs' Rule 26(a)(2) Expert Testimony Disclosure will be testifying at trial. At that time, you took the position that neither the Federal Rules nor the Scheduling Order required Plaintiffs to specify which of the nine individuals will be called at trial to give expert testimony. Ms. Hsu's letter of April 20, 2004 further set forth Plaintiffs' position that Plaintiffs will not supplement Interrogatories No. 21 (United) and No. 13 (AARP) regarding expert witnesses at this time.

Please notify us by the close of business on Friday, May 21, 2004, as to whether your position on this issue has changed. If you are still unwilling to identify which experts you intend to call at as expert witnesses at trial, we will have no choice but to seek the Court's assistance with this matter.

We remain willing to resolve this matter without the Court's involvement; however, if you are maintaining the same position, this letter will satisfy the "meet and confer" obligation and we will move forward. If you have any questions, please do not hesitate to contact me.

Very truly yours,

REED SMITH LLP

By
Amy M. Joseph

cc (via regular mail):
Bret A. Puls, Esq.

EXHIBIT
9