**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**Case No. 01-CV-2320 RHK/AJB**

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on May 24, 2004, I caused the following documents:

1. Notice of Motion and Motion to Compel Discovery of Experts Who Will be Called to Testify at Trial by Plaintiffs;
2. Motion to Compel Discovery of Experts Who Will be Called to Testify at Trial by Plaintiffs;
3. Memorandum of Law in Support of Motion to Compel Discovery of Experts Who Will be Called to Testify at Trial by Plaintiffs Affidavit of Christopher J. Soller; and
4. Affidavit of Christopher J. Soller in Support of Motion.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Michael J. Lyle, Esquire
WEIL, GOTSHAL & MANGES LLP
1501 K. Street NW, Suite 100
Washington, D.C. 20005

David B. Potter, Esquire
OPPENHEIMER WOLFF & DONNELLY LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
**Counsel for Plaintiff United HealthCare Insurance Company**

Mark J. Briol, Esquire
BRIOL & ASSOCIATES, PLLC
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
**Counsel for Plaintiff AARP**

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mail via Federal Express, next business day delivery to the following: **None.**

/s Tina M. Johnson
Tina M. Johnson