**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**Case No. 01-CV-2320 RHK/AJB**

**CERTIFICATE OF SERVICE**

Service of the attached was made on **May 24, 2004,** upon the attorneys named to their last known addresses by the undersigned on behalf of BASSFORD REMELE, A Professional Association, as attorneys of record in the said action:

1. Order (proposed); and
2. Exhibits 6 and 7 to the Affidavit of Christopher J. Soller filed/served under seal

to be filed/served conventionally (paper format) with the Clerk of Court to the following:

Michael J. Lyle, Esquire
WEIL, GOTSHAL & MANGES LLP
1501 K. Street NW, Suite 100
Washington, D.C. 20005

Overnight Mail

David B. Potter, Esquire
OPPENHEIMER WOLFF & DONNELLY LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402

Hand Delivery

**Counsel for Plaintiff United HealthCare Insurance Company**

Mark J. Briol, Esquire
BRIOL & ASSOCIATES, PLLC
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Hand Delivery

**Counsel for Plaintiff AARP**

/s Tina M. Johnson
Tina M. Johnson