UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United Healthcare Insurance Company
and AARP,

Plaintiffs, Civil No. 01-2320 (RHK/AJB)

vs. **O R D E R**

AdvancePCS,

Defendant.

---

The Court is in receipt of counsel's May 5, 2004 letter regarding Judge Boylan's "Order on Plaintiff United's Motion to Strike Expert Declaration of Arlin." The undersigned has reviewed Judge Boylan's Order, the Declaration of Arlin M. Adams, and the memoranda submitted by the parties in support of, and in opposition to, the Motion. From that review, it appears that much of the proffered testimony will be covered in the Court's instructions to the jury and that the remaining proffered testimony will not assist the trier of fact to understand the evidence or to determine facts in issue. As a practical matter, the Motion is one in limine and should be considered when the motions are filed with other pretrial matters.

Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED** that the Motion to Strike the Expert Declaration of Arlin M. Adams (Doc. No. 178) is **CONTINUED UNDER ADVISEMENT**. There will be no further briefing with respect to this Motion.

Dated: June 7, 2004

/s/ Richard H. Kyle
RICHARD H. KYLE
United States District Judge