# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

United Healthcare Ins. Co. and AARP,

Plaintiffs,

v.

AdvancePCS,

Defendants.

**COURT MINUTES**
BEFORE: Arthur J. Boylan
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01-2320 RHK/AJB |
| Date: | June 7, 2004 |
| Court Reporter: | n/a |
| Tape Number: | 158 |
| Time Commenced: | 2:00 p.m. |
| Time Concluded: | 2:30 p.m. |
| Time in Court: | 30 Minutes |

APPEARANCES:

Plaintiffs: Christine Hsu for United Healthcare
Brett Puls, Local Counsel for United Healthcare
Vicki J. Bitner for AARP

Defendant: Christopher Soler for AdvancePCS
Kevin P. Hickey, Local Counsel for Advance PCS

MOTIONS:

Defendant AdvancePCS' Motion to Compel Identification of Experts [Docket No. 189]

Motion granted from the bench. Defendant will prepare a Proposed Order for the Court, outlining the specific details of the ruling.

s/Kelly L. Mangan
Law Clerk