**CERTIFICATE OF SERVICE**

**STATE OF MINNESOTA )**
**) ss.**
**COUNTY OF HENNEPIN )**

Service of the attached was made on June 10, 2004, upon the attorneys named below by faxing and mailing a copy to their last known addresses by the undersigned on behalf of BASSFORD REMELE, A Professional Association, as attorneys of record in the said action.

**Service of:**

Order (proposed)

**Attorney Served:**

Mark J. Briol
Vicki J. Bitner
Briol & Associates, PLLC
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

David B. Potter
Bret A. Puls
Oppenheimer, Wolff & Donnelly LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402

Mark J. Briol, Esquire
BRIOL & ASSOCIATES, PLLC
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

/s Tina M. Johnson
Tina M. Johnson