**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 01-CV-2320 RHK/AJB |
| ADVANCEPCS, | ) | |
| Defendant. | ) | |

TO: Defendant AdvancePCS and its attorneys, W. Thomas McGough, Jr., Christopher J. Soller, and Mary J. Hackett, Reed Smith LLP, 435 Sixth Avenue, Pittsburgh, PA 15219-1886, and Lewis A. Remele, Jr., and Kevin P. Hickey Bassford Remele, P.A,. 3550 Multifoods Tower, Minneapolis, MN 55402-3787.

**NOTICE OF OBJECTION TO/APPEAL FROM THE JUNE 14, 2004 AND JUNE 18, 2004 ORDERS OF MAGISTRATE JUDGE BOYLAN**

**PLEASE TAKE NOTICE** that Plaintiffs United HealthCare Insurance Co. and AARP, by and through their undersigned counsel, hereby object to and appeal to the United States District Court, the Honorable Richard Kyle, from the June 14, 2004 and June 18, 2004 Orders issued by the Honorable Arthur J. Boylan, United States Magistrate Judge. This matter is submitted to the Court pursuant to Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(b). Plaintiffs can be available to appear for oral argument on this issue at the Court's request.

Specifically, Plaintiffs object to and bring appeal from the inclusion of lay witnesses within the scope of the Second Amended Scheduling Order's limit of five expert witnesses to be offered at trial and the requirement that Plaintiffs provide further

disclosures to Defendant summarizing opinion testimony of lay witnesses who Plaintiffs may offer at trial.

Dated: June 28, 2004 Respectfully submitted,

s/Bret A. Puls
David B. Potter (MN #121642)
Bret A. Puls (MN #305157)
OPPENHEIMER WOLFF & DONNELLY LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
(612) 607-7000
(612) 607-7100 (fax)

and

Michael J. Lyle (admitted *pro hac vice*)
Holly E. Loiseau (admitted *pro hac vice*)
Christine P. Hsu (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1501 K Street NW, Suite 100
Washington, D.C. 20005
(202) 682-7000
(202) 857-0940 (fax)

Attorneys for Plaintiff United HealthCare Insurance Co.

s/Mark J. Briol
Mark J. Briol (MN #126731)
Vicki J. Bitner (MN #213998)
BRIOL & ASSOCIATES, PLLC
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 337-8410
(612) 337-5151 (fax)

Attorneys for Plaintiff AARP