**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCEPCS,<br><br>Defendant. | Case No. 01-CV-2320 RHK/AJB<br><br>**AFFIDAVIT OF BRET A. PULS** |

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Bret A. Puls, being first duly sworn upon oath, deposes and states as follows:

1. I am an attorney with Oppenheimer Wolff & Donnelly, LLP, representing Plaintiff United HealthCare Insurance Co. in the above-captioned matter. I make this affidavit of my own personal knowledge and in support of Plaintiff United HealthCare Insurance Co.'s Memorandum of Law in Support of Objections/Appeal from June 14, 2004 Order of the Magistrate Judge.

2. Attached to this affidavit as Exhibit A is a true and correct copy of the Order on Defendant's Motion to Compel dated June 14, 2004.

3. Attached to this affidavit as Exhibit B is a true and correct copy of the Letter to the Honorable Arthur J. Boylan from Bret Puls dated June 16, 2004.

4. Attached to this affidavit as Exhibit C is a true and correct copy of the Order on Experts dated June 18, 2004.

5. Attached to this affidavit as Exhibit D is a true and correct copy of Plaintiff's Rule 26(a)(2) Expert Testimony Disclosure.

6. Attached to this affidavit as Exhibit E is a true and correct copy of excerpts from the deposition transcript of Charles Kneese dated November 25, 2003.

7. Attached to this affidavit as Exhibit F is a true and correct copy of excerpts from the deposition transcript of Bob Dufour dated October 21, 2003.

FURTHER YOUR AFFIANT SAITH NOT.

s/Bret A. Puls___________________
Bret A. Puls

Subscribed and sworn to before me

this 28th day of June, 2004.

s/Susan R. Czech________________
Notary Public