# EXHIBIT D

4/1/04

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 01-CV-2320 RHK/AJB |
| ADVANCEPCS, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' RULE 26(a)(2) EXPERT TESTIMONY DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 26(a)(2) and the Second Amended Pretrial Scheduling Order, as amended, United HealthCare Insurance Co. ("United") and AARP respectfully submit the following disclosure relating to expert testimony to be relied on at trial in the above-captioned case.

***Persons Disclosed Pursuant to Fed. R. Civ. P. 26(a)(2)(A):***

Arthur H. Cobb, C.P.A.

Bob Dufour, R.Ph.

Edwin C. Hedblom, Pharm.D.

Charles G. Kneese, P.D.

Claude R. Martin, Jr., Ph.D

John W. Maxwell, M.S., R.Ph.

Mary Ellen Mitchell

Thomas E. Morrison

Marjorie K. Simos

***Disclosures Pursuant to Fed. R. Civ. P. 26(a)(2)(B):***

Expert Report of Cobb & Associates, Ltd. on behalf of United (Arthur H. Cobb, C.P.A.) attached hereto at Tab 1

Expert Report of Cobb & Associates, Ltd. (Arthur H. Cobb, C.P.A.) on behalf of AARP attached hereto at Tab 2.

Expert Report of Claude R. Martin, Jr., Ph.D attached hereto at Tab 3

Expert Report of John W. Maxwell, M.S., R.Ph. attached hereto at Tab 4

Dated: April 1, 2004

Respectfully submitted,

David B. Potter (MN #121642)
Bret A. Puls (MN #305157)
OPPENHEIMER WOLFF & DONNELLY LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
(612) 607-7000
(612) 607-7100 (fax)

and

Michael J. Lyle
Holly E. Loiseau
Christine P. Hsu
WEIL, GOTSHAL & MANGES LLP
1501 K Street NW, Suite 100
Washington, D.C. 20005
(202) 682-7000
(202) 857-0940 (fax)

Attorneys for Plaintiff United HealthCare Insurance Co.

William J. Carpenter for Vicki J. Bitner

Mark J. Briol (MN #126731)
Scott A. Benson (MN # 198419)
Vicki J. Bitner (MN #213998)
BRIOL & ASSOCIATES, PLLC
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 337-8410
(612) 337-5151 (fax)

Attorneys for Plaintiff AARP