# EXHIBIT F

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED HEALTHCARE INSURANCE CO. And AARP, Plaintiffs, | ) | |
| vs. | ) | No. 01-2320 RHK/AJB |
| ADVANCEPCS, Defendant. | ) | |

DEPOSITION OF BOB DUFOUR

Taken at 1104 South Walton Boulevard, Suite 30, Bentonville, Arkansas, on October 21, 2003, at 9:00 a.m.

said, we'll meet several times a year. Typically what we talk about is our book of business, our rejects, our general commercial business, and then other plans; and I do remember a presentation where there was PowerPoints talking about different networks that AdvancePCS offers, including their consumer card network.
Q. And at that point, had they -- had they launched a consumer card network, to your knowledge, a specific AdvancePCS consumer card network, not generally the network that we've been talking about.
A. I believe they had, yes.
Q. Do you -- do you recall any discussions in either the presentation that you had with Mr. Guinn in which he talked about the -- the network that would be used for an AdvancePCS prescription plan that would have open enrollment?
A. I don't recall specifically what the network was.
Q. Okay. You don't recall him ever mentioning that the AdvancePCS plan with open enrollment would go out on the CCP02 network?
A. He may have. He may have. I don't -- I don't recall that specifically.
Q. Do you recall him ever mentioning what specific carrier numbers that AdvancePCS was intending to use for its open enrollment program?



A. No.
Q. Do you recall when that presentation might have been?
A. No, I don't.
Q. In the -- in the flier marked as Exhibit 4, in the paragraph -- two paragraphs above the block, it says "If you wish to convert patients from other unfunded programs and provide them with immediate service through our new program, effective September 1, 2001, you may submit transactions using existing patient profile information to AdvancePCS RXBIN 610415 under Carrier H020 for processing under the AdvancePCS prescription plan." Did you have any understanding as to what that meant?
A. I do understand this. I don't recall seeing this back then.
Q. Okay. What do you understand that to mean?
A. That if someone is in another prescription drug plan, if you submit a transaction using the AdvancePCS bank identification number with Carrier H020 for processing, that these patients would then be converted to the AdvancePCS CCP0 -- CCP02 network.
Q. And this gave the option to pharmacists to -- to transmit a claim with the default patient profile if they wanted to.
MS. TESTONI: Objection. The document speaks



for itself.
A. I disagree with you.
Q. (Mr. Soller continued.) Okay.
A. Because --
Q. Why do you disagree with me?
A. Because I think -- I think it's different after the fact to come in with a document like this that says this clearly indicates our intention up front, because I do know that Wal-Mart never agreed to say we will take an unfunded business from -- from one group and convert it without their knowledge to another. We were very clear with that. I was very clear with -- with Todd Guinn when I spoke to him about my concerns about the action he was taking. I understood what AdvancePCS was doing, and I very much disagreed that it was a wrong way to do business. And if they presented CCP02 to us in a manner of saying this is open enrollment, that is one thing. It's another business situation to say not only we're going to have open enrollment, but we're losing a major plan and we're going to convert them without their knowledge. That was never part of the presentation. So I think there's two different ways to represent this. And if, in fact, this is a CCP02 plan, I would like to see documentation we signed up agreeing to it, and I'd further like to see documentation said -- not only we would agree



to it, but then we're going to move specifically a large block of business without people's knowledge, so I think there's different characterizations of this, and that's -- As I said before, AdvancePCS is a great company and Todd is a -- I have a lot of respect for him, but this one situation, I think, was handled the wrong way, and I was very clear with Todd on that.
Q. Now, during -- during the presentation, at any point prior to September 1, did AdvancePCS tell you that it wanted Wal-Mart pharmacists to move these people without their knowledge?
A. Not that I recall.
Q. In fact, what they -- what they were saying was if you wish to -- to use the existing profile --
MS. TESTONI: Objection, document speaks for itself.
Q. (Mr. Soller continued.) -- then you can do that; isn't that correct?
A. Would you repeat that? If you wish to use --
Q. Yeah. If they wish to use the existing profile, you can do that, but they didn't say, "But don't ask the customer if that's what they want."
MS. TESTONI: Objection, document speaks for itself.
A. I'd like to answer the question, but just so I'm

very clear with what you're saying --
Q. (Mr. Soller continued.) Absolutely.
A. -- one more time, repeat it.
Q. Sure. They didn't -- What AdvancePCS said was if you wish to convert them, you can, but didn't discourage you from -- from communicating with the customer as to what they wanted to do.
MS. TESTONI: Objection, document speaks for itself.
A. I -- And there again, I am not aware that we agreed to sign up for the CCP02 network; and specifically, I know we objected to what AdvancePCS was doing with the AARP customers; and my conversation with Todd was our pharmacists don't recognize -- if we have someone set up in our computer with PCS and a long eight- or ten-digit number, cardholder I.D. number, that's all the information we have, a person - I'm 48 years old - would walk in who may have an AdvancePCS card because of the employer, you don't necessarily know whether their employer or whether they qualified for AARP; so there's no way, in my belief, that the pharmacist would know who this customer is as far as where their benefit card came from, and so there was no way of the pharmacist identifying them as a AARP member. That was the problem I had. Our pharmacists did not know. So the contention that by sending the information, we're



automatically enrolling them on the fly, I think is a mischaracterization of what we were trying to represent.
Q. (Mr. Soller continued.) Couldn't the pharmacists have asked them?
A. Every single customer that we fill prescriptions, are you an AARP member?
MS. TESTONI: Objection, vague.
Q. (Mr. Soller continued.) Yes.
A. I -- Wal-Mart would not take that direction, because if someone who's not an -- an AARP member may take offense to that. I don't -- Like I said, I'm 48 years old. If someone asked me, I may look at them and say, "Do I look like a senior citizen?"
Q. Well, couldn't they have just said, "Do you know what plan you want to process this claim on"?
MS. TESTONI: Objection, calls for speculation.
A. It's not -- it's not normal practice to do that.
Q. (Mr. Soller continued.) But could -- could you have asked your pharmacists to do that?
A. I would not have.
MS. TESTONI: Objection, argumentative.
A. I would not have.
Q. (Mr. Soller continued.) Why wouldn't you -- why wouldn't you ask them to do that?



A. Because I don't know if you asked, for instance, AARP members today who processes your prescription, they would know, so I think the question would be confusing, and it's a burden -- a burden on the pharmacy.
Q. I didn't -- My question was why wouldn't you ask them what plan they wanted their prescription processed under, not who their PBM was. So why wouldn't you just ask -- why wouldn't customers be asked who -- what plan do you want your -- your prescription processed under?
A. If 90 percent of the prescriptions are processed under a managed care and AARP represents less than 1 percent of our business, we're asking a hundred customers so that we can identify one, and we would be causing confusion for a vast majority of our plans, because a lot of the customers are not -- do not understand how their prescription benefits work, and to say, "What plan do you want this processed under," they're probably going to come back and tell you who their employer is, because they don't understand what you're asking, so it would -- it would not be a good business decision with customer service to go ask a hundred people a question that most of them aren't going to understand to try to identify that one.
Q. Do you think that the consumers understand when a claim is rejected?



MS. TESTONI: Objection, calls for speculation.
A. Yes.
Q. (Mr. Soller continued.) And what do you think they understand when a claim is rejected?
MS. TESTONI: Objection, calls for speculation.
A. When the pharmacist -- when it's rejected, they have -- depending on the messaging you get, if it says drug not covered, the pharmacist explains this particular drug is not covered under your health plan, I think they understand that. When it's rejected and said no longer a valid card, they come back and say, "This card is no longer good, it's expired, do you have a new one," I think they understand that.
Q. (Mr. Soller continued.) You don't think that causes any confusion with respect to a step in which there has to be a rejection so that a -- a new card is asked for.
A. Would you repeat the question?
Q. Yeah. You don't think that that causes any confusion where the pharmacist receives a rejection and has to tell the customer that their claim has been rejected, your card is invalid.
A. There may be cases where it does, but the vast majority, I don't think it does.

Page 146

Q. And upon what do you base that?
A. Experience as a pharmacist and also working in third-party administration.
Q. Now, you had -- you had characterized a couple of times as AdvancePCS moving groups of business without their knowledge, and I want to make sure I understand what you mean by moving groups of business. What do you mean by that?
A. What I was referencing there is that you have AARP members who belong to the association who have received an AARP prescription card, and as they're using that benefit of the discount card, they're coming in, getting prescriptions filled, say, at a Wal-Mart pharmacy. The next day they come in -- They called in their prescription. The pharmacist typed in the prescription number is all they do, the information pops up, he hits one button that says transmit, it goes off. The pharmacist is not aware who this person is or where their benefit is, doesn't even know actually what carrier it's being submitted to because he hasn't looked behind the filling -- prescription filling screen, just hit transmit. It comes back and says charge him $14. The consumer comes in and pays it, and the consumer is not aware that the prescription they got filled a month ago was being filled under the AARP card and today the prescription is being

Page 147

filled under some new network that they never signed up on, so that's what I was characterizing as AdvancePCS moving books of business, people out of their existing discount card into another one without their knowledge.
Q. Okay. And I guess more particularly, when you're saying AdvancePCS moving groups of business, no one from AdvancePCS asked you to reprofile or to -- to do anything to move this business so that it would stay at AdvancePCS.
A. No, no one asked us, and that was part of the problem. They actually gained the system to where people would be moved automatically. I don't think it was coincidence that if a -- if a consumer came in with an AARP card, that the information required to check eligibility for that patient, being their cardholder I.D. number and the BIN processing number, happens to be a coincidence that under a new plan, you're going to use exactly the same cardholder I.D. number for that person and the BIN number; so they were move -- they were moved without anyone knowing about it. That was the essence of our issue. If -- if these people were given a chance to be mailed a new card or to enroll in AdvancePCS in their traditional consumer business, I would not have had an issue with that. I had an issue the fact that Advance was moving people into their discount card without their knowledge and without their agreement.

Page 148

Q. Did you attend the National Association of Chain Drug Stores conference in the summer of 2001?
A. Yes. The pharmacy conference?
Q. Yeah.
A. Yes.
Q. Did you have any meetings with any people from AdvancePCS while you were there?
A. Sure did.
Q. Do you recall discussing during any of those meetings AdvancePCS's plan for an open enrollment prescription plan?
A. I believe that was the time frame they were talking about their consumer card network, yes.
Q. Do you recall any discussions as to the details of how that open enrollment plan would be as it was presented at the convention?
A. No, I don't.
Q. Do you recall whether or not AdvancePCS provided materials on how it intended to process claims?
A. I don't remember the details. It's very likely. I imagine they did provide PowerPoints to that effect.
Q. When did you first become aware that Express was going to be the PBM that was going to take over as the PBM for AdvancePCS on the AARP program?
A. The first I can recall is late September.

Page 149

Q. And how did you become aware of that?
A. Because of the problems they were having.
Q. Okay. You didn't know prior to September 1.
A. May have -- I may have been told that. Greg Moore typically, you know, handles those details. I do remember getting a call and there were problems with the program.
Q. Okay. So with respect to prior to September 1, the communications regarding AdvancePCS -- excuse me, Express Scripts' transition plan, those communications would have been with Mr. Moore?
A. Typically, yes.
Q. Okay. Well, do you recall any of those type --
A. I don't recall any, no.
Q. Did you have any discussions with Mr. Moore about Express Scripts' plans for transitioning the AARP program?
A. I may have, but I don't recall.
Q. Would I be correct that -- Let me ask you this way. With respect to the transition of a program from one PBM to another, would you expect the new PBM to provide instructions as to how the transition would work?
A. Instructions to who?
Q. To the pharmacists.
A. No.
Q. Let me ask it another way. In the transition of a program from one PBM to another, would you -- would you