**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of June, 2004, I caused the following Plaintiffs' Memorandum Of Law In Support Of Objections/Appeal From June 14, 2004 And June 18, 2004 Orders Of Magistrate Judge Boylan, Notice of Objection To/Appeal From The June 14, 2004 And June 18, 2004 Orders of Magistrate Judge Boylan, Affidavit of Bret Puls and this Certificate of Service to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the within named counsel:

Kevin P. Hickey, Esq.
Lewis A. Remele, Jr., Esq.
BASSFORD, REMELE.
33 South Sixth Street, Suite 3550
Minneapolis, MN 55402-3787

Christopher J. Soller, Esq..
Mary J. Hackett.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886
*Attorneys for Defendant*
*AdvancePCS*

Dated: June 28, 2004. s/Bret A. Puls

Attorneys for Plaintiff

**OPPENHEIMER WOLFF & DONNELLY LLP**
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Fax Telephone: (612) 607-7100
Email: bpuls@oppenheimer.com

Case Name: United Healthcare Insurance Co. and AARP v. Advancepcs.
Civil File No.: 01-CV-2320 RHK/AJB