IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCEPCS,<br><br>Defendant. | ) | Civil Action No. 01-2320 RHK/AJB<br><br>**AFFIDAVIT OF CHRISTOPHER J. SOLLER** |

COMMONWEALTH OF PENNSYLVANIA )
) ss:
COUNTY OF ALLEGHENY )

Christopher J. Soller, being first duly sworn upon oath, deposes and states as follows:

1. I am an attorney with Reed Smith LLP, representing Defendant AdvancePCS in the above-captioned matter. I make this Affidavit of my own personal knowledge and in support of Defendants Memorandum of Law in Opposition to Plaintiffs' Objections/Appeal of the June 14 and June 18, 2004 Orders of Court.

2. Attached hereto as Exhibit A is a true and correct copy of the Rule 26(f) Report filed in this matter on March 11, 2002.

3. Attached hereto as Exhibit B is true and correct copy of a Pretrial Scheduling Order filed in this case on March 13, 2002.

4. Attached hereto as Exhibit C is a true and correct copy of a letter dated July 30, 2003 and a Stipulated Pretrial Scheduling Order submitted to Magistrate Judge Arthur J. Boylan.

5. Attached hereto as Exhibit D is a true and correct copy of an Amended Pretrial Scheduling Order filed on August 11, 2003.

6. Attached hereto as Exhibit E is a true and correct copy of a letter dated December 11, 2003 and a Stipulated Second Amended Pretrial Scheduling Order submitted to Magistrate Judge Arthur J. Boylan.

7. Attached hereto as Exhibit F is a true and correct copy a Second Amended Pretrial Scheduling Order filed on December 17, 2003.

8. Attached hereto as Exhibit G is a true and correct copy of Plaintiffs' Rule 26(a)(2) Expert Testimony Disclosure.

9. Attached hereto as Exhibit H is a true and correct copy of the Court's Order on Defendant's Motion to Compel entered June 14, 2004.

10. Attached hereto as Exhibit I is a true and correct copy of the Court's Order on Experts entered June 18, 2004.

11. Attached hereto as Exhibit J is a true and correct copy of Plaintiffs' Amended Rule 26(a)(2) Expert Testimony Disclosure.

12. Attached hereto as Exhibit K is a true and correct copy of correspondence sent from AdvancePCS' counsel to Plaintiffs' counsel on June 8, 2004.

13. Attached hereto as Exhibit L is a true and correct copy of correspondence sent from Plaintiffs' counsel to AdvancePCS' counsel on June 9, 2004.

14. Attached hereto as Exhibit M is a true and correct copy of correspondence sent from AdvancePCS' counsel to Plaintiffs' counsel on June 9, 2004.

15. Attached hereto as Exhibit O is a true and correct copy of correspondence sent from AdvancePCS' counsel to Plaintiffs' counsel of the proposed order submitted to Magistrate Judge Boylan on June 10, 2004.

FURTHER AFFIANT SAYETH NOT.

s/ Christopher J. Soller
Christopher J. Soller

Subscribed and sworn before
me this 2nd day of July, 2004.

/Colleen S. Smith
Notary Public