# EXHIBIT C

# BRIOL & ASSOCIATES, PLLC

A PROFESSIONAL LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

3700 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MINNESOTA 55402-2219

TELEPHONE: (612) 337-8410
TELECOPIER: (612) 337-5151
EMAIL: Vicki@Briollaw.com

## FAX COVER SHEET

**DATE:** July 30, 2003

**TIME:** 9:25 AM

**PERSONAL AND CONFIDENTIAL**
**ATTORNEY - CLIENT PRIVILEGED**

TO:
Mary J. Hackett/Christopher J. Soller
(412) 288-3063

David B. Potter/Bret A. Puls
(612) 607-7100

Lewis A. Remele, Jr./Kevin P. Hickey
612-333-8829

Michael Lyle/Peter M. Friedman
(202) 857-0940

FROM: Vicki J. Bitner

PAGES BEING SENT, INCLUDING THIS PAGE: 4

**CONFIDENTIALITY NOTICE:** *The documents accompanying this fax transmission sheet contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual to whom it is addressed. You are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on or regarding the contents of this faxed information is strictly prohibited. If you have received this fax in error, please immediately notify us by telephone to arrange for the return of the original documents to us.*

COMMENTS:

BRIOL & ASSOCIATES, PLLC

A PROFESSIONAL LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

3700 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MINNESOTA 55402

VICKI J. BITNER

TELEPHONE (612) 337-8410
TELECOPIER (612) 337-5151
EMAIL Vicki@Briollaw.com

July 30, 2003

**Via Messenger**

The Honorable Arthur J. Boylan
Magistrate Judge, District of Minnesota
United States District Court
638 Federal Building
316 North Robert Street
St. Paul, MN 55101

**Re: United HealthCare Insurance Co. & AARP**
**v. AdvancePCS, Civ. No. 01-2320 (RHK/AJB)**

Dear Judge Boylan:

Enclosed for the Court's consideration in the above-captioned matter is a Stipulated Pretrial Scheduling Order, which has been agreed to by the parties and all counsel in the case.

Thank you for your attention to this matter, and should you have any questions, please do not hesitate to advise.

Very truly yours,

Vicki J. Bitner

Vicki J. Bitner

Enclosure

cc: Mary J. Hackett/Christopher J. Soller (w/encl.)
Lewis A. Remele, Jr./Kevin P. Hickey (w/encl.)
Michael J. Lyle/Peter M. Friedman (w/encl.)
David B. Potter/Bret A. Puls (w/encl.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCEPCS,<br><br>Defendant. | ) | Civil Action No. 01-CV-2320 RHK/AJB |

**STIPULATED PRETRIAL SCHEDULING ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. This Order supersedes any and all prior pre-trial orders in this matter. The schedule set forth herein may be modified only upon a formal motion and a showing of good cause as required by Local Rule 16.3.

| | |
|---|---|
| January 30, 2004 | Non-Expert Discovery Deadline<br><br>With respect to the use and numbers of discovery procedures, the parties stipulate that the use and numbers of interrogatories, document requests, requests for admission and Rule 35 medical examinations shall be governed by the Federal Rules of Civil Procedure. As to the number of depositions, the parties stipulate that, without leave of court, a maximum of 25 depositions may be taken by plaintiffs (i.e. 25 depositions in total for both plaintiffs) and defendant may take a maximum of 25 depositions.<br><br>Deadline for service/filing of Non-Dispositive Motions, excluding Motions in Limine. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2. A Reply Memorandum not exceeding five pages may be delivered to opposing counsel and the chambers of this Court no |

| | |
|---|---|
| | later than 9:00 a.m. on the business day preceding the hearing. |
| March 1, 2004 | Expert Disclosure/Reports—Affirmative – By Plaintiffs and Counterclaim-Plaintiffs |
| April 1, 2004 | Expert Disclosure/Reports—Affirmative/Rebuttal – By Defendant and Counterclaim-Defendants |
| | Each party may call no more than 5 affirmative experts at trial. |
| May 3, 2004 | Expert Disclosure/Reports—Rebuttal – By Plaintiffs and Counterclaim-Plaintiffs |
| June 3, 2004 | Expert Discovery Deadline |
| June 17, 2004 | Deadline for service/filing of Non-Dispositive Motions relating to expert discovery |
| July 1, 2004 | Deadline for Service/Filing of Dispositive Motions |
| | All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1 |
| July 30, 2004 | Deadline for Pre-Trial Submissions |
| September 2004 | Trial Ready Date |

IT IS SO ORDERED, this _____ day of ___________, 2003.

______________________________
Honorable Arthur J. Boylan
United States Magistrate Judge
U.S. District Court, District of Minnesota

# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

diaried

UNITED HEALTHCARE INSURANCE COMPANY and AARP,

Plaintiffs,

v.

ADVANCEPCS,

Defendant.

Case No. 01-2320 RHK/AJB

**AMENDED** PRETRIAL SCHEDULING ORDER

---

WHEREAS, the parties have filed a Stipulated Pretrial Scheduling Order with the undersigned, and

WHEREAS, the Court believes that good cause has been shown for the same,

NOW THEREFORE IT IS HEREBY ORDERED that the Court's pretrial scheduling order is amended as follows:

Discovery Plan

1. Discovery shall be commenced in time to be completed by January 30, 2004.

2. All pre-discovery disclosures required by Rule 26(a)(1) have been completed.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By the party bearing the burden of proof as to a particular issue on or before March 1, 2004.

      Expert reports shall be disclosed by the party bearing the burden of proof as to a particular issue on or before March 1, 2004.

   b. By the party Responding to a particular issue on or before April 1, 2004.

      Expert reports shall be disclosed by the party responding to a

8.11.03

Filed AUG 1 1 2003
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

particular issue on or before April 1, 2004

c. All expert rebuttal reports shall be served on or before May 3, 2004.

4. No more than 25 interrogatories (counted in accordance with Fed.R.Civ.P. 33(a)) shall be served by any side.

5. No more than 25 factual depositions, excluding expert witness depositions, shall be taken by any side. Each side shall take no more than 5 expert depositions. Expert discovery including depositions, shall be completed by June 3, 2004.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by January 30, 2004. A reply memorandum not exceeding 5 pages may be delivered to opposing counsel and to the chambers of the Court no later than 9:00 a.m. on the business day preceding the hearing. June 17, 2004, shall be the deadline for service and filing of non-dispositive motions relating to expert discovery.

2. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

Dispositive Motions

1. All dispositive motions shall be **SERVED, FILED AND HEARD BY** the Court by September 1, 2004. (Counsel are reminded that they must anticipate the time required for scheduling a hearing by calling Calendar Clerk Deb Siebrecht, 651-848-1166.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a **Jury** trial on December 1, 2004, or upon resolution of any pending dispositive motions. Each side may call no more than 5 expert witnesses.

Dated: August 11, 2003

Arthur J. Boylan
U. S. Magistrate Judge