# EXHIBIT E

BASSFORD REMELE

**33 South Sixth Street, Suite 3800**
**Minneapolis, Minnesota 55402-3707 U.S.A.**
**Telephone: 612.333.3000**
**Fax: 612.333.8829**

**Fax Cover Sheet**

**DATE:** December 11, 2003

**MATTER:** *United Healthcare Insurance Company and AARP v. AdvancePCS*

**OUR FILE NO.:** 4416-1

**NUMBER OF PAGES (*Including this Sheet*):** 6

| MESSAGE TO: | COMPANY/FIRM | FAX NUMBER |
|---|---|---|
| Michael Lyle/Christine Hsu | Weil, Gotshal & Manges LLP | (202) 857-0940 |
| W. Thomas McGough/ Mary Hackett | Reed Smith, LLP | (412) 288-3063 |
| Davit Potter/Bret Puls | Oppenheimer Wolff & Donnelly, LLP | (612) 607-7100 |
| Mark J. Briol/ Vicki Bitner | Briol & Associates, PLLC | (612) 337-5151 |

**MESSAGE FROM:** Kevin P. Hickey

**COMMENTS:** Please see attached

The contents of this facsimile will **not** be mailed unless this box is checked: ☒

**CONFIDENTIAL**

The document accompanying this fax transmission sheet may contain confidential information which is attorney work product and/or privileged. The information is intended only for the use of the person to whom it is addressed. You are hereby notified that any disclosure, use, copying or distribution of the contents of this message is strictly prohibited. If you have received this transmission in error, please notify us by telephone to arrange for the return of the transmission to us.

**IF YOU DO NOT RECEIVE THE NUMBER OF PAGES INDICATED, PLEASE CALL US PROMPTLY AT 612.333.3000.**

Kevin P. Hickey
Attorney

612.376.1620

kevinh@bassford.com

BASSFORD REMELE
A Professional Association
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402-3707

612.333.3000
612.333.8829 fax
www.bassford.com

**VIA MESSENGER**

December 11, 2003

The Honorable Arthur J. Boylan
United States Magistrate Judge
638 Federal Building
316 North Robert Street
St. Paul, MN 55101

Re: *United Healthcare Insurance Company and AARP vs. AdvancePCS*
Civil Action No. 01-2320 JMR/FLN
Our File No. 4416-1

Dear Magistrate Judge Boylan:

Enclosed for your review and consideration, please find the original Stipulated Second Amended Pretrial Scheduling Order in the above-referenced matter.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Kevin P. Hickey

KPH:tmj
Enclosure

cc w/ encl: Michael J. Lyle/Christine P. Hsu (Via Facsimile & U.S. Mail)
W. Thomas McGough/Mary Hackett (Via Facsimile & U.S. Mail)
David Potter/ Bret Puls (Via Facsimile & U.S. Mail)
Mark J. Briol/Vicki J. Bitner (Via Facsimile & U.S. Mail)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCEPCS,<br><br>Defendant. | Civil Action No. 01-CV-2320 RHK/AJB |

**STIPULATED SECOND AMENDED PRETRIAL SCHEDULING ORDER**

WHEREAS, the parties submit this Stipulated Second Amended Pretrial Scheduling Order to the undersigned,

WHEREAS, the Court believes that good cause has been shown for the same,

NOW THEREFORE IT IS HEREBY ORDERED that the Court's Amended Pretrial Scheduling Order dated August 11, 2003 is amended as follows:

<u>Discovery Plan</u>

1. Fact discovery shall be commenced in time to be completed by March 1, 2004.

2. All pre-discovery disclosures required by Rule 26(a)(1) have been completed.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

a. By the party bearing the burden of proof as to a particular issue on or before April 1, 2004.

Expert reports shall be disclosed by the party bearing the burden of proof as to a particular issue on or before April 1, 2004.

b. By the party Responding to a particular issue on or before May 4, 2004.

Expert reports shall be disclosed by the party responding to a particular issue on or before May 4, 2004.

c. All expert rebuttal reports shall be served on or before June 4, 2004.

4. No more than 25 interrogatories (counted in accordance with Fed.R.Civ.P. 33(a)) shall be served by any side.

5. No more than 25 factual depositions, excluding expert witness depositions, shall be taken by any side. Each side shall take no more than 5 expert depositions. Expert discovery including depositions, shall be completed by July 3, 2004.

<u>Non-Dispositive Motions</u>

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

6. All non-dispositive motions and supporting documents, including those which relate to fact discovery, shall be served and filed by March 1, 2004. A reply memorandum not exceeding 5 pages may be delivered to opposing counsel and to the chambers of the Court no later than 9:00 a.m. on the business day preceding the hearing. July 20, 2004, shall be the deadline for service and filing of non-dispositive motions relating to expert discovery.

7. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

<u>Dispositive Motions</u>

8. All dispositive motions shall be **SERVED, FILED AND HEARD BY** the Court by October 1, 2004. (Counsel are reminded that they must anticipate the time required for scheduling a hearing by calling Calendar Clerk Deb Siebrecht, 651-848-1166.)

9. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

Plaintiffs submit that the case will be trial ready on December 1, 2004. Because the date for dispositive motions has been moved back one month, Defendant requests that the trial date be January 2005, or thereafter as decided by the Court. Each side may call no more than 5 expert witnesses.

This 9 day of December, 2003

UNITED HEALTHCARE INSURANCE CO.

By Counsel

WEIL, GOTSHAL & MANGES LLP
Michael J. Lyle
Holly E. Loiseau
Christine P. Hsu
1501 K Street NW, Suite 100
Washington, D.C. 2005

OPPENHEIMER WOLFF & DONNELLY LLP
David B. Potter (MN #121642)
Bret A. Puls (MN #305157)
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402

This 11th day of December 2003

AARP
By Counsel

BRIOL & ASSOCIATES, PLLC
Mark J. Briol (MN #126731)
Vicki J. Bitner (MN #213998)
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

This 8th day of December, 2003

ADVANCEPCS
By Counsel

REED SMITH LLP
W. Thomas McGough, Jr.
Mary J. Hackett
Christopher J. Soller
435 Sixth Avenue
Pittsburgh, PA 15219

(#202484)
BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.
Lewis A. Remele, Jr.
3550 Multifoods Tower
Minneapolis, MN 55402-3787

Dated: ____________________

SO ORDERED:

____________________
ARTHUR J. BOYLAN
U.S. MAGISTRATE JUDGE

# EXHIBIT F

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED HEALTHCARE INSURANCE COMPANY and AARP,

Plaintiffs,

v.

ADVANCEPCS,

Defendant.

Case No. 01-2320 RHK/AJB

**SECOND AMENDED**
PRETRIAL SCHEDULING ORDER

---

WHEREAS, the parties have filed a Stipulated Pretrial Scheduling Order with the undersigned, and

WHEREAS, the Court believes that good cause has been shown for the same,

NOW THEREFORE IT IS HEREBY ORDERED that the Court's pretrial scheduling order is amended as follows:

Discovery Plan

1. Discovery shall be commenced in time to be completed by March 1, 2004.

2. All pre-discovery disclosures required by Rule 26(a)(1) have been completed.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By the party bearing the burden of proof as to a particular issue on or before April 1, 2004.

      Expert reports shall be disclosed by the party bearing the burden of proof as to a particular issue on or before April 1, 2004.

   b. By the party Responding to a particular issue on or before May 4, 2004.

      Expert reports shall be disclosed by the party responding to a

12/15/03

Filed DEC 1 7 2003
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

particular issue on or before May 4, 2004.

c. All expert rebuttal reports shall be served on or before June 4, 2004.

4. No more than 25 interrogatories (counted in accordance with Fed.R.Civ.P. 33(a)) shall be served by any side.

5. No more than 25 factual depositions, excluding expert witness depositions, shall be taken by any side. Each side shall take no more than 5 expert depositions. Expert discovery including depositions, shall be completed by July 3, 2004.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by March 1, 2004. A reply memorandum not exceeding 5 pages may be delivered to opposing counsel and to the chambers of the Court no later than 9:00 a.m. on the business day preceding the hearing. July 20, 2004, shall be the deadline for service and filing of non-dispositive motions relating to expert discovery.

2. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

Dispositive Motions

1. All dispositive motions shall be **SERVED, FILED AND HEARD BY** the Court by September 1, 2004. (Counsel are reminded that they must anticipate the time required for scheduling a hearing by calling Calendar Clerk Deb Siebrecht, 651-848-1166.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a **Jury** trial on December 1, 2004, or upon resolution of any pending dispositive motions. Each side may call no more than 5 expert witnesses.

Dated: 12/15/03

Arthur J. Boylan
U. S. Magistrate Judge