# EXHIBIT G

4/1/04

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCEPCS,<br><br>Defendant. | Civil Action No. 01-CV-2320 RHK/AJB |

**PLAINTIFFS' RULE 26(a)(2) EXPERT TESTIMONY DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 26(a)(2) and the Second Amended Pretrial Scheduling Order, as amended, United HealthCare Insurance Co. ("United") and AARP respectfully submit the following disclosure relating to expert testimony to be relied on at trial in the above-captioned case.

***Persons Disclosed Pursuant to Fed. R. Civ. P. 26(a)(2)(A):***

Arthur H. Cobb, C.P.A.

Bob Dufour, R.Ph.

Edwin C. Hedblom, Pharm.D.

Charles G. Kneese, P.D.

Claude R. Martin, Jr., Ph.D

John W. Maxwell, M.S., R.Ph.

Mary Ellen Mitchell

Thomas E. Morrison

Marjorie K. Simos

***Disclosures Pursuant to Fed. R. Civ. P. 26(a)(2)(B):***

Expert Report of Cobb & Associates, Ltd. on behalf of United (Arthur H. Cobb, C.P.A.) attached hereto at Tab 1

Expert Report of Cobb & Associates, Ltd. (Arthur H. Cobb, C.P.A.) on behalf of AARP attached hereto at Tab 2.

Expert Report of Claude R. Martin, Jr., Ph.D attached hereto at Tab 3

Expert Report of John W. Maxwell, M.S., R.Ph. attached hereto at Tab 4

Dated: April 1, 2004

Respectfully submitted,

David B. Potter (MN #121642)
Bret A. Puls (MN #305157)
OPPENHEIMER WOLFF & DONNELLY LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
(612) 607-7000
(612) 607-7100 (fax)

and

Michael J. Lyle
Holly E. Loiseau
Christine P. Hsu
WEIL, GOTSHAL & MANGES LLP
1501 K Street NW, Suite 100
Washington, D.C. 20005
(202) 682-7000
(202) 857-0940 (fax)

Attorneys for Plaintiff United HealthCare Insurance Co.

William G. Carpenter for Vicki J. Bitner

Mark J. Briol (MN #126731)
Scott A. Benson (MN # 198419)
Vicki J. Bitner (MN #213998)
BRIOL & ASSOCIATES, PLLC
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 337-8410
(612) 337-5151 (fax)

Attorneys for Plaintiff AARP

# EXHIBIT H

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED HEALTHCARE INSURANCE COMPANY AND AARP,

Plaintiffs,

Civil No. 01-2320 RHK/AJB

v.

**ORDER ON DEFENDANT'S MOTION TO COMPEL**

ADVANCEPCS,

Defendant.

The above matter came before the Court on Defendant's Motion to Compel Identification of Experts [Docket No. 189]. A hearing was held on June 7, 2004, at the U.S. Courthouse, 316 Robert St., St. Paul, Minnesota. Christine P. Hsu, Esq. and Bret Puls, Esq., appeared on behalf of Plaintiff United Healthcare; Vicki J. Bitner, Esq., appeared on behalf of Plaintiff AARP; and Christopher J. Soller, Esq. and Kevin P. Hickey, Esq., appeared on behalf of Defendant AdvancePCS. Based on the file, affidavits, memoranda and arguments of counsel,

**IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Compel Identification of Experts is **granted, as provided below.**

2. On or before June 21, 2004, Plaintiffs shall identify the five (5) experts that they will call at the trial of this matter. For each expert who meets the criteria of Fed. R. Civ. P. 26(a)(2)(B), if it has not already been provided, Plaintiffs must provide a written report meeting the requirements of Rule 26(a)(2)(B). For each expert identified pursuant to Fed. R. Civ. P. 26(a)(2)(A), but who does not meet the criteria of Fed. R. Civ. P. 26(a)(2)(B), Plaintiffs must provide, at the same time, a written statement

summarizing the opinions to be expressed by such individual(s) and the bases therefor.

3. On or before June 25, 2004, Defendant shall identify the five (5) experts that it will call at the trial of this matter. For each expert who meets the criteria of Fed. R. Civ. P. 26(a)(2)(B), if it has not already been provided, Defendant must provide a written report meeting the requirements of Rule 26(a)(2)(B). For each expert identified pursuant to Fed. R. Civ. P. 26(a)(2)(A), but who does not meet the criteria of Fed. R. Civ. P. 26(a)(2)(B), Defendant must provide, at the same time, a written statement summarizing the opinions to be expressed by such individual(s) and the bases therefor.

4. Each side may call no more than five (5) expert witnesses at trial and all expert witnesses, including employee and non-employee expert witnesses who have not been retained or specially employed to provide expert testimony, shall count toward the five (5) experts that may be called to testify at trial.

5. All experts identified shall be subject to deposition and expert discovery, including depositions, shall be completed by August 6, 2004.

Dated: June 14, 2004.

s/ Arthur J. Boylan
Arthur J. Boylan
United States Magistrate Judge