# EXHIBIT K

**Soller, Christopher J.**

| | |
|---|---|
| **From:** | Soller, Christopher J. |
| **Sent:** | Tuesday, June 08, 2004 11:13 AM |
| **To:** | 'tina.hsu@weil.com'; 'Vicki Bitner'; 'bpuls@oppenheimer.com' |
| **Cc:** | 'Kevin P. Hickey' |
| **Subject:** | United Healthcare and AARP v. AdvancePCS |
| **Importance:** | High |

Tina, Vicki and Bret --

I have attached a proposed Court Order from the hearing yesterday. We intend to submit it to the Court tomorrow. If you have any comments, please let me know.

Thanks.

Chris

proposed.order.pdf

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED HEALTHCARE INSURANCE COMPANY AND AARP,

Civil No. 01-2320 RHK/AJB

Plaintiffs,

v.

**ORDER ON DEFENDANT'S MOTION TO COMPEL**

ADVANCEPCS,

Defendant.

---

The above matter came before the Court on Defendant's Motion to Compel Identification of Experts [Docket No. 189]. A hearing was held on June 7, 2004, at the U.S. Courthouse, 316 Robert St., St. Paul, Minnesota. Christine P. Hsu, Esq. and Bret Puls, Esq., appeared on behalf of Plaintiff United Healthcare; Vicki J. Bitner, Esq., appeared on behalf of Plaintiff AARP; and Christopher J. Soller, Esq. and Kevin P. Hickey, Esq., appeared on behalf of Defendant AdvancePCS. Based on the file, affidavits, memoranda and arguments of counsel,

**IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Compel Identification of Experts is **granted**.
2. On or before June 21, 2004, Plaintiffs shall identify the five (5) experts that they will call at the trial of this matter. For each expert identified, if it has not already been provided, Plaintiffs must provide, at the same time, a written report setting forth a complete statement of all opinions to be expressed and the basis therefor.
3. On or before June 25, 2004, Defendant shall identify the five (5) experts that it will call at the trial of this matter. For each expert identified, if it has not already been provided, Defendant must provide, at the same time,

a written report setting forth a complete statement of all opinions to be expressed and the basis therefor.

4. Each side may call no more than five (5) expert witnesses at trial and all expert witnesses, including employee and non-employee expert witnesses who have not been retained or specially employed to provide expert testimony, shall count toward the five (5) experts that may be called to testify at trial.

5. All experts identified shall be subject to deposition and expert discovery including depositions, shall be completed by August 6, 2004.

Dated: June 7, 2004

Arthur J. Boylan
United States Magistrate Judge

# EXHIBIT L

**Soller, Christopher J.**

**From:** Puls, Bret [BPuls@oppenheimer.com]
**Sent:** Wednesday, June 09, 2004 10:19 AM
**To:** Soller, Christopher J.
**Cc:** Potter, David B.; michael.lyle@weil.com; tina.hsu@weil.com; Vicki Bitner; Kevin P. Hickey
**Subject:** Proposed Order--Expert Disclosure_v1.DOC

Chris:

Attached are our revisions to the proposed order. Unless you have any questions or objections to them, we are fine with you sending it directly to Judge Boylan with a cc to us. Thanks.

Bret

Bret A. Puls
**Oppenheimer Wolff & Donnelly LLP**
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
ph: 612.607.7000 (Mpls. office)
ph: 612.607.7552 (direct)
fx: 612.607.7100
web: www.oppenheimer.com

This message contains confidential information intended only for the use of the addressee(s) named above and may contain information that is legally privileged. If you are not the addressee, or the person responsible for delivering it to the addressee, you are hereby notified that reading, disseminating, distributing or copying this message is strictly prohibited. If you have received this message by mistake, please immediately notify us by replying to the message and delete the original message immediately thereafter. Thank you.

The above matter came before the Court on Defendant's Motion to Compel Identification of Experts [Docket No. 189]. A hearing was held on June 7, 2004, at the U.S.
Courthouse, 316 Robert St., St. Paul, Minnesota. Christine P. Hsu, Esq. and Bret Puls, Esq.,
appeared on behalf of Plaintiff United Healthcare; Vicki J. Bitner, Esq., appeared on behalf of
Plaintiff AARP; and Christopher J. Soller, Esq. and Kevin P. Hickey, Esq., appeared on behalf of
Defendant AdvancePCS. Based on the file, affidavits, memoranda and arguments of counsel,

**IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Compel Identification of Experts is **granted, as provided below.**
2. On or before June 21, 2004, Plaintiffs shall identify the five (5) experts that they will call at the trial of this matter. For each expert identified pursuant to Fed. R. Civ. P. 26(a)(2)(B), if it has not already been provided, Plaintiffs must provide, at the same time, a written report meeting the requirements of Rule 26(a)(2)(B). For each expert identified pursuant to Fed. R. Civ. P. 26(a)(2)(A), Plaintiffs must provide, at the same time, a written ~~setting forth a complete~~ statement summarizing the ~~of all~~ opinions to be ~~expressed~~ expressed by such individual(s) and the baseis therefor.
3. On or before June 25, 2004, Defendant shall identify the five (5) experts that it will call at the trial of this matter. For each expert identified pursuant to Fed. R. Civ. P. 26(a)(2)(B), if it has not already been provided, Plaintiffs must provide, at the same time, a written report meeting the requirements of Rule 26(a)(2)(B). For each expert identified pursuant to Fed. R. Civ. P. 26(a)(2)(A), Plaintiffs must provide, at the same time, a written statement summarizing the opinions to be expressed by such individual(s) and the bases therefore.
~~, if it has not already been provided, Defendant must provide, at the same time, a written report setting forth a complete statement of all opinions to be expressed and the basis therefor.~~
4. Each side may call no more than five (5) expert witnesses at trial and all expert witnesses, including employee and non-employee expert witnesses who have not been retained or specially employed to provide expert testimony, shall count toward the five (5) experts that may be called to testify at trial.
5. All experts identified shall be subject to deposition and expert discovery including depositions, which shall be completed by August 6, 2004.

Dated: June 7, 2004
Arthur J. Boylan
United States Magistrate Judge