# EXHIBIT M

## Soller, Christopher J.

**From:** Soller, Christopher J.
**Sent:** Wednesday, June 09, 2004 3:33 PM
**To:** 'tina.hsu@weil.com'; 'Vicki Bitner'; 'bpuls@oppenheimer.com'
**Cc:** 'Kevin P. Hickey'
**Subject:** Proposed Order -- Take 2

**Importance:** High

Tina, Vicki and Bret --

I have incorporated the majority of your comments and made a few adjustments to, I believe, more accurately describe the workings of the Rule. Take a look and let me know of comments.

Thank you.

Chris

proposed.order.v2.pdf

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED HEALTHCARE INSURANCE COMPANY AND AARP,

Civil No. 01-2320 RHK/AJB

Plaintiffs,

v.

**ORDER ON DEFENDANT'S MOTION TO COMPEL**

ADVANCEPCS,

Defendant.

---

The above matter came before the Court on Defendant's Motion to Compel Identification of Experts [Docket No. 189]. A hearing was held on June 7, 2004, at the U.S. Courthouse, 316 Robert St., St. Paul, Minnesota. Christine P. Hsu, Esq. and Bret Puls, Esq., appeared on behalf of Plaintiff United Healthcare; Vicki J. Bitner, Esq., appeared on behalf of Plaintiff AARP; and Christopher J. Soller, Esq. and Kevin P. Hickey, Esq., appeared on behalf of Defendant AdvancePCS. Based on the file, affidavits, memoranda and arguments of counsel,

**IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Compel Identification of Experts is **granted, as provided below**.

2. On or before June 21, 2004, Plaintiffs shall identify the five (5) experts that they will call at the trial of this matter. For each expert who meets the criteria of Fed. R. Civ. P. 26(a)(2)(B), if it has not already been provided, Plaintiffs must provide a written report meeting the requirements of Rule 26(a)(2)(B). For each expert identified pursuant to Fed. R. Civ. P. 26(a)(2)(A), but who does not meet the criteria of Fed. R. Civ. P. 26(a)(2)(B), Plaintiffs must provide, at the same time, a written statement

summarizing the opinions to be expressed by such individual(s) and the bases therefor.

3. On or before June 25, 2004, Defendant shall identify the five (5) experts that it will call at the trial of this matter. For each expert who meets the criteria of Fed. R. Civ. P. 26(a)(2)(B), if it has not already been provided, Defendant must provide a written report meeting the requirements of Rule 26(a)(2)(B). For each expert identified pursuant to Fed. R. Civ. P. 26(a)(2)(A), but who does not meet the criteria of Fed. R. Civ. P. 26(a)(2)(B), Defendant must provide, at the same time, a written statement summarizing the opinions to be expressed by such individual(s) and the bases therefor.

4. Each side may call no more than five (5) expert witnesses at trial and all expert witnesses, including employee and non-employee expert witnesses who have not been retained or specially employed to provide expert testimony, shall count toward the five (5) experts that may be called to testify at trial.

5. All experts identified shall be subject to deposition and expert discovery including depositions, shall be completed by August 6, 2004.

Dated: ____________________

______________________________
Arthur J. Boylan
United States Magistrate Judge

# EXHIBIT N

**Soller, Christopher J.**

|  |  |
|---|---|
| **From:** | Puls, Bret [BPuls@oppenheimer.com] |
| **Sent:** | Wednesday, June 09, 2004 5:16 PM |
| **To:** | Soller, Christopher J.; tina.hsu@weil.com; Vicki Bitner |
| **Cc:** | Kevin P. Hickey |
| **Subject:** | RE: Proposed Order -- Take 2 |

Chris, this looks fine to us. Thanks.

-----Original Message-----
From: Soller, Christopher J. [mailto:CSoller@ReedSmith.com]
Sent: Wednesday, June 09, 2004 2:33 PM
To: tina.hsu@weil.com; Vicki Bitner; Puls, Bret
Cc: Kevin P. Hickey
Subject: Proposed Order -- Take 2
Importance: High

Tina, Vicki and Bret --

I have incorporated the majority of your comments and made a few adjustments to, I believe, more accurately describe the workings of the Rule. Take a look and let me know of comments.

Thank you.

Chris

<<proposed.order.v2.pdf>>

--------------------------------------------------------------------------------
This message contains confidential information intended only for the use of the addressee(s) named above and may contain information that is legally privileged. If you are not the addressee, or the person responsible for delivering it to the addressee, you are hereby notified that reading, disseminating, distributing or copying this message is strictly prohibited. If you have received this message by mistake, please immediately notify us by replying to the message and delete the original message immediately thereafter. Thank you.
==============================================================================

# EXHIBIT O

BASSFORD

**Kevin P. Hickey**
*Attorney*

612.376.1620

kevinh@bassford.com

BASSFORD REMELE
A Professional Association
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402-3707

612.333.3000
612.333.8829 *fax*
www.bassford.com

**VIA FACSIMILE & U.S. MAIL**

June 10, 2004

Mark J. Briol
Vicki J. Bitner
BRIOL & ASSOCIATES, PLLC
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

David B. Potter
Bret A. Puls
Oppenheimer, Wolff & Donnelly LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402

Michael J. Lyle
Weil, Gotshal & Manges, LLP
1501 K. Street NW, Suite 100
Washington D.C. 20005

Re: *United Healthcare Insurance Company and AARP vs. AdvancePCS*
Court File No. 01-2320 RHK/AJB
Our File No. 4416-1

Dear Counsel:

Enclosed herewith and served upon you, please find a revised Order (proposed) with regard to Defendant's Motion to Compel before Magistrate Judge Boylan.

Please contact me if you have any questions.

Very truly yours,

Kevin P. Hickey

Kevin P. Hickey

KPH:tmj
Enclosure

cc w/ encl: Christopher Soller

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED HEALTHCARE INSURANCE COMPANY AND AARP,

Civil No. 01-2320 RHK/AJB

Plaintiffs,

v.

**ORDER ON DEFENDANT'S MOTION TO COMPEL**

ADVANCEPCS,

Defendant.

---

The above matter came before the Court on Defendant's Motion to Compel Identification of Experts [Docket No. 189]. A hearing was held on June 7, 2004, at the U.S. Courthouse, 316 Robert St., St. Paul, Minnesota. Christine P. Hsu, Esq. and Bret Puls, Esq., appeared on behalf of Plaintiff United Healthcare; Vicki J. Bitner, Esq., appeared on behalf of Plaintiff AARP; and Christopher J. Soller, Esq. and Kevin P. Hickey, Esq., appeared on behalf of Defendant AdvancePCS. Based on the file, affidavits, memoranda and arguments of counsel,

**IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Compel Identification of Experts is **granted, as provided below.**

2. On or before June 21, 2004, Plaintiffs shall identify the five (5) experts that they will call at the trial of this matter. For each expert who meets the criteria of Fed. R. Civ. P. 26(a)(2)(B), if it has not already been provided, Plaintiffs must provide a written report meeting the requirements of Rule 26(a)(2)(B). For each expert identified pursuant to Fed. R. Civ. P. 26(a)(2)(A), but who does not meet the criteria of Fed. R. Civ. P. 26(a)(2)(B), Plaintiffs must provide, at the same time, a written statement

summarizing the opinions to be expressed by such individual(s) and the bases therefor.

3. On or before June 25, 2004, Defendant shall identify the five (5) experts that it will call at the trial of this matter. For each expert who meets the criteria of Fed. R. Civ. P. 26(a)(2)(B), if it has not already been provided, Defendant must provide a written report meeting the requirements of Rule 26(a)(2)(B). For each expert identified pursuant to Fed. R. Civ. P. 26(a)(2)(A), but who does not meet the criteria of Fed. R. Civ. P. 26(a)(2)(B), Defendant must provide, at the same time, a written statement summarizing the opinions to be expressed by such individual(s) and the bases therefor.

4. Each side may call no more than five (5) expert witnesses at trial and all expert witnesses, including employee and non-employee expert witnesses who have not been retained or specially employed to provide expert testimony, shall count toward the five (5) experts that may be called to testify at trial.

5. All experts identified shall be subject to deposition and expert discovery including depositions, shall be completed by August 6, 2004.

Dated: ____________________

____________________
Arthur J. Boylan
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

**STATE OF MINNESOTA )**
**) ss.**
**COUNTY OF HENNEPIN )**

Service of the attached was made on June 10, 2004, upon the attorneys named below by faxing and mailing a copy to their last known addresses by the undersigned on behalf of BASSFORD REMELE, A Professional Association, as attorneys of record in the said action.

**Service of:**

Order (proposed)

**Attorney Served:**

Mark J. Briol
Vicki J. Bitner
Briol & Associates, PLLC
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

David B. Potter
Bret A. Puls
Oppenheimer, Wolff & Donnelly LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402

Mark J. Briol, Esquire
BRIOL & ASSOCIATES, PLLC
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

s/ Tina M. Johnson
Tina M. Johnson