IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP, | ) | Civil Action No. 01-2320 RHK/AJB |
| Plaintiffs, | ) | |
| v. | ) | |
| ADVANCEPCS, | ) | |
| Defendant. | ) | |

**DEFENDANT ADVANCEPCS' MOTION FOR SUMMARY JUDGMENT**

TO: Plaintiffs, United Healthcare Insurance Co. and AARP and their attorneys:

David B. Potter, Esq.
Bret A. Puls, Esq.
Oppenheimer, Wolff &
Donnelly LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402

Michael J. Lyle, Esq.
Holly E. Loiseau, Esq.
Christine P. Hsu, Esq.
Weil, Gotshal &
Manges LLP
1501 K Street NW
Suite 100
Washington, DC 20005

Mark J. Briol, Esq.
Vicki J. Bitner, Esq.
Briol & Associates, PLLC
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

**MOTION**

AND NOW, comes the Defendant, AdvancePCS, by and through its undersigned counsel, and hereby moves this court for an Order to grant Summary Judgment against United Healthcare Insurance Company and AARP as requested herein. For all of the reasons set forth in the accompanying Memorandum in Support of its Motion For Summary Judgment, Defendant AdvancePCS moves for the entry of judgment in favor of Defendant AdvancePCS and against Plaintiff AARP on all claims brought by AARP. Additionally, AdvancePCS moves for the entry of partial summary judgment in its favor and against Plaintiff United Healthcare Insurance Company ("United") on United's claims under the Minnesota Deceptive Trade Practices Act (Count I) and a statute regulating Deceptive Acts Perpetuated Against Senior Citizens (Count II).

Finally, AdvancePCS moves for the entry of an order striking United's damage claim after the entry of the injunction. In support of its Motion, AdvancePCS relies on the accompanying Memorandum and supporting affidavit and exhibits, incorporated herein by reference. A proposed Order is attached.

Dated: July 6, 2004

Respectfully submitted,

/s/ Lewis A. Remele, Jr.

REED SMITH LLP
W. Thomas McGough, Jr.
Mary J. Hackett
Christopher J. Soller
435 Sixth Avenue
Pittsburgh, PA 15219-1886
(412) 288-3131

and

BASSFORD REMELE, P.A.
Lewis A. Remele, Jr.
Kevin P. Hickey
33 South Sixth Street
Suite 3800
Minneapolis, MN 55402-3787
(612) 333-3000

Attorneys for Defendant AdvancePCS