IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP, Plaintiffs, | Civil Action No. 01-2320 RHK/AJB |
| v. | |
| ADVANCEPCS, Defendant. | |

**DEFENDANT ADVANCEPCS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**

TO: Plaintiffs, United HealthCare Insurance Co. and AARP and their attorneys:

David B. Potter, Esq.
Bret A. Puls, Esq.
Oppenheimer, Wolff & Donnelly LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402

Michael J. Lyle, Esq.
Holly E. Loiseau, Esq.
Christine P. Hsu, Esq.
Weil, Gotshal & Manges LLP
1501 K Street NW
Suite 100
Washington, DC 20005

Mark J. Briol, Esq.
Vicki J. Bitner, Esq.
Briol & Associates, PLLC
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

**NOTICE**

PLEASE TAKE NOTICE that on the 20th of August, 2004 at 8:00 a.m. before the Honorable Judge Richard H. Kyle in Courtroom 4, 764 Federal Building, 316 North Robert Street, St. Paul, Minnesota, Defendant AdvancePCS will bring its Motion for Summary Judgment.

Dated: July 6, 2004

Respectfully submitted,

s/ Lewis A. Remele, Jr.
REED SMITH LLP
W. Thomas McGough, Jr.
Mary J. Hackett
Christopher J. Soller
435 Sixth Avenue
Pittsburgh, PA 15219-1886
(412) 288-3131

and

BASSFORD REMELE, P.A.
Lewis A. Remele, Jr.
Kevin P. Hickey
33 South Sixth Street
Suite 3800
Minneapolis, MN 55402-3787
(612) 333-3000

Attorneys for Defendant AdvancePCS