**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 01-2320 RHK/AJB |
| ADVANCEPCS, | ) | |
| Defendant. | ) | |

**DEFENDANT ADVANCEPCS' AFFIDAVIT AND EXHIBITS**
**IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

REED SMITH LLP
W. Thomas McGough, Jr.
Mary J. Hackett
Christopher J. Soller
435 Sixth Avenue
Pittsburgh, PA 15219-1886
(412) 288-3131

and

BASSFORD REMELE, P.A.
Lewis A. Remele, Jr.
Kevin P. Hickey
33 South Sixth Street
Suite 3800
Minneapolis, MN 55402-3787
(612) 333-3000

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP, | ) | |
| | ) | Case No. 01-CV-2320 RHK/AJB |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **AFFIDAVIT OF** |
| | ) | **CHRISTOPHER J. SOLLER** |
| ADVANCEPCS, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | ) | |
| | ) | ss: |
| COUNTY OF ALLEGHENY | ) | |

I am an attorney with Reed Smith LLP, representing Defendant AdvancePCS in the above-captioned matter. I make this affidavit of my own personal knowledge and in support of Defendant AdvancePCS' Motion and Memorandum in Support of Motion for Summary Judgment.

1. Attached to this affidavit as Exhibit A is a true and correct copy of excerpts from the 30(b)(6) Deposition of Roberta Milman.

2. Attached to this affidavit as Exhibit B is a true and correct copy of AARP's Supplementary Response to Defendant's Interrogatory No. 12.

3. Attached to this affidavit as Exhibit C is a true and correct copy of the April 16, 2001 Trademark License Agreement between United Healthcare Insurance Co. and AARP.

4. Attached to this affidavit as Exhibit D is a true and correct copy of the December 16, 2002 Second Amendment to the Trademark License Agreement.

5. Attached to this affidavit as Exhibit E is a true and correct copy of excerpts from the Deposition of Steven Zaleznick.

6. Attached to this affidavit as Exhibit F is a true and correct copy of the unpublished opinion of Casino Resorts, Inc. v. Monarch Casinos, Inc., No. C3-97-843, 1997 WL 793134 (Minn. Ct. App. Dec. 30, 1997).

7. Attached to this affidavit as Exhibit G is a true and correct copy of excerpts from the Deposition of Sandra Coffey Mead.

8. Attached to this affidavit as Exhibit H are true and correct copies of excerpts from the 30(b)(6) Deposition of Sheila McMillan.

9. Attached to this affidavit as Exhibit I is a true and correct copy of excerpts from the Deposition of Robert Milman, November 21, 2003.

10. Attached to this affidavit as Exhibit J is a true and correct copy of the unpublished opinion of Four D, Inc. v. Dutchland Plastics Corp., No. Civ. 01-2073 (RHK/AJB), 2003 WL 1842838 (D. Minn., April 8, 2003).

11. Attached to this affidavit as Exhibit K is a true and correct copy of Plaintiffs' Rule 26(a)(1) Initial Disclosures.

12. Attached to this affidavit as Exhibit L is a true and correct copy of AARP's Responses and Objections to Defendant's First Set of Interrogatories.

13. Attached to this affidavit as Exhibit M is a true and correct copy of the Report of AARP's damages expert, Arthur H. Cobb.

14. Attached to this affidavit as Exhibit N is a true and correct copy of the unpublished opinion of EZ Dock v. Schafer Systems, Inc., Civil No. 98-2364, Slip Op.10-11 (D. Minn. March 8, 2003) (Kyle, J.).

15. Attached to this affidavit as Exhibit O is true and correct copy of an e-mail dated September 20, 2001 (AARP 003255).

16. Attached to this affidavit as Exhibit P are true and correct copies of Call Log Complaints (AARP 1495, 1503, 1510).

17. Attached to this affidavit as Exhibit Q is a true and correct copy of excerpts from the Deposition of Lois Quam.

18. Attached to this affidavit as Exhibit R is a true and correct copy of excerpts from the Deposition of Julia Alexis.

19. Attached to this affidavit as Exhibit S is a true and correct copy of the unpublished opinion of Tuttle v. Lorillard Tobacco Co., No. CIV 991550 PAM/JFL, 2001 WL 821831 (D. Minn. July 5, 2001).

20. Attached to this affidavit as Exhibit T is a true and correct copy of the unpublished opinion of Reno v. SupportKids, Inc., No. Civ. 01-2331 (JNE/JSM), 2004 WL 828150 (D. Minn. April 13, 2004).

21. Attached to this affidavit as Exhibit U is a true and correct copy of the unpublished opinion of Jets Prolink Cargo, Inc. v. Brenny Transp., No. Civ. 02-1294 (ADM/RLE), 2003 WL 22047910 (D. Minn. Aug. 29, 2003).

22. Attached to this affidavit as Exhibit V is a true and correct copy of the Affidavit of H. Kirby Bessant dated April 2, 2002.

23. Attached to this affidavit as Exhibit W is a true and correct copy of excerpts from the Deposition of Tom Luft.

24. Attached to this affidavit as Exhibit X is a true and correct copy of excerpts from the Deposition of Patrick J. Kenney.

25. Attached to this affidavit as Exhibit Y is a true and correct copy of the unpublished opinion of Hollywood Healthcare Corp. v. Deltec, Civ. No. 04-1713 (RHK/AJB), 2004 WL 1118610 (D. Minn. May 17, 2004).

26. Attached to this affidavit as Exhibit Z is a transcribed copy of portions of the Hearing Before the Minnesota Senate Finance Comm., (Minn. May 10, 1989) (Statement of Senator Solon), which are maintained by the State of Minnesota in audio version only.

27. Attached to this affidavit as Exhibit AA is a transcribed copy of portions of the Hearing Before the Minnesota House Commerce Comm. (Minn. March 2, 1989) (statement of State Attorney General Hubert Humphrey III), which are maintained by the State of Minnesota in audio version only.

28. Attached to this affidavit as Exhibit BB is a true and correct copy of the Court's Order dated June 7, 2004.

29. Attached to this affidavit as Exhibit CC is a true and correct copy of excerpts from the Deposition of Thomas E. Erickson.

30. Attached to this affidavit as Exhibit DD is a true and correct copy of excerpts from the Deposition of Mark Lindsay.

31. Attached to this affidavit as Exhibit EE is a true and correct copy of excerpts from the Deposition of Marjorie Simos.

32. Attached to this affidavit as Exhibit FF is a true and correct copy of excerpts from the Deposition of Cathy McDougle.

33. Attached to this affidavit as Exhibit GG is a true and correct copy of the Report of United's damages expert, Arthur H. Cobb.

FURTHER YOUR AFFIANT SAITH NOT.

/s/ Christopher J. Soller
Christopher J. Soller

Subscribed and sworn to before me

this 6th day of July, 2004.

Patricia R. Potter
Notary Public