IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCEPCS,<br><br>Defendant. | Case No. 01-CV-2320 RHK/AJB<br><br>**EXHIBIT LIST TO THE AFFIDAVIT OF CHRISTOPHER J. SOLLER** |

**TABLE OF EXHIBITS**

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| *A | 30(b)(6) Deposition of Roberta Milman (“AARP 30(b)(6) Dep.”) |
| B | AARP’s Supplementary Response to Defendant’s Interrogatory No. 12 (“AARP’s Supp. Interrog. No. 12”) |
| *C | April 16, 2001 Trademark License Agreement between United Healthcare Insurance Co. and AARP (“Trademark Agreement”) |
| *D | December 16, 2002 Second Amendment to the Trademark License Agreement (“Second Amendment”) |
| *E | Deposition of Steven Zaleznick (“Zaleznick Dep.”) |
| F | Casino Resorts, Inc. v. Monarch Casinos, Inc., No. C3-97-843, 1997 WL 793134 (Minn. Ct. App. Dec. 30, 1997) |
| *G | Deposition of Sandra Coffey Mead (“Mead Dep.”) |
| *H | 30(b)(6) Deposition of Sheila McMillan (“United 30(b)(6) Dep.”) |
| *I | Deposition of Robert Milman, November 21, 2003 (“Milman Dep.”) |
| J | Four D, Inc. v. Dutchland Plastics Corp., No. Civ. 01-2073 (RHK/AJB), 2003 WL 1842838 (D. Minn., April 8, 2003) |
| *K | Plaintiffs’ Rule 26(a)(1) Initial Disclosures |

*Denotes Exhibits to be filed Under Seal pursuant to the Stipulation and Protective Order in effect.

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| *L | AARP's Responses and Objections to Defendant's First Set of Interrogatories |
| *M | Report of AARP's damages expert, Arthur H. Cobb ("Cobb Report for AARP") |
| N | EZ Dock v. Schafer Systems, Inc., Civil No. 98-2364, Slip Op.10-11 (D. Minn. March 8, 2003) (Kyle, J.) |
| *O | E-mail dated September 20, 2001 (AARP 003255) |
| *P | Call Log Complaints (AARP 1495, 1503, 1510) |
| *Q | Deposition of Lois Quam ("Quam Dep.") |
| *R | Deposition of Julia Alexis ("Alexis Dep.") |
| S | Tuttle v. Lorillard Tobacco Co., No. CIV 991550 PAM/JFL, 2001 WL 821831 (D. Minn. July 5, 2001) |
| T | Reno v. SupportKids, Inc., No. Civ. 01-2331 (JNE/JSM), 2004 WL 828150 (D. Minn. April 13, 2004) |
| U | Jets Prolink Cargo, Inc. v. Brenny Transp., No. Civ. 02-1294 (ADM/RLE), 2003 WL 22047910 (D. Minn. Aug. 29, 2003) |
| V | Affidavit of H. Kirby Bessant of AdvancePCS dated April 2, 2002 ("Bessant Aff.") |
| *W | Deposition of Tom Luft ("Luft Dep.") |
| *X | Deposition of Patrick J. Kenney ("Kenney Dep.") |
| Y | Hollywood Healthcare Corp. v. Deltec, Civ. No. 04-1713 (RHK/AJB), 2004 WL 1118610 (D. Minn. May 17, 2004) |
| Z | Hearing Before Minnesota Senate Finance Comm., (Minn. May 10, 1989) (Statement of Senator Solon) |
| AA | Hearing Before Minnesota House Commerce Comm.., (Minn. March 2, 1989) (statement of State Attorney General Hubert Humphrey III) |

*Denotes Exhibits to be filed Under Seal pursuant to the Stipulation and Protective Order in effect.

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| BB | Order of this Court dated June 7, 2004 |
| *CC | Deposition of Thomas E. Erickson (“Erickson Dep.”) |
| *DD | Deposition of Mark Lindsay (“Lindsay Dep.”) |
| *EE | Deposition of Marjorie Simos (“Simos Dep.”) |
| *FF | Deposition of Cathy McDougle (“McDougle Dep.”) |
| *GG | Report of United’s damages expert, Arthur H. Cobb (“Cobb Report for United”) |

*Denotes Exhibits to be filed Under Seal pursuant to the Stipulation and Protective Order in effect.