IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

RECEIVED
02 APR -2 AM 10: 14
CLERK, U.S. DIST. COURT
ST. PAUL, MN

UNITED HEALTHCARE INSURANCE CO. and AARP,

Plaintiffs,

v.

ADVANCEPCS,

Defendant.

CASE NO. 01-CV-2320 RHK/JMM

## AFFIDAVIT OF H. KIRBY BESSANT

STATE OF ARIZONA )
COUNTY OF MARICOPA )

**H. KIRBY BESSANT**, being first duly sworn, on oath deposes and says upon personal knowledge and/or information and belief as follows:

1. My name is H. Kirby Bessant, and I am Vice President of Consumer Programs with AdvancePCS, the defendant in this action. I have an undergraduate degree in finance, and a masters degree in business administration. I have been employed with AdvancePCS since 1991 in the areas of client services, call center operations, strategic initiatives and marketing.

2. I am aware that on March 18, 2002, the Court issued a Memorandum Opinion and Order in this matter and that on March 22, 2002 it modified that Order.

3. To my knowledge, AdvancePCS is complying with the Court's Orders.

4. AdvancePCS is rejecting all claims submitted to the H020 carrier number, including but not limited to any claims using this number in combination with group numbers 2100, 2200, 2300, 2400 and 3001-3052.

5. AdvancePCS is not approving prescription discount claims for any AARP program participant because AdvancePCS "enrolled" that AARP Program participant in an



EXHIBIT V

AdvancePCS plan through the adjudication of a claim using the former AARP Program carrier-group numbers.

6. AdvancePCS is not treating prescription discount claims containing or otherwise using the carrier and group numbers that AdvancePCS used as the PBM for the AARP Program as claims intended for submission to an AdvancePCS prescription discount plan.

7. AdvancePCS is not using any identifying information from any AARP Program participants for the purpose of soliciting those participants or encouraging them to enroll in an AdvancePCS discount plan.

8. AdvancePCS has been providing a message to pharmacies with the claim rejection. Failure to offer pharmacists any explanation for the rejection of a claim will inevitably frustrate both them and their customers.

9. Upon rejection of a claim, AdvancePCS is using plaintiffs' desired message, "Filled After Coverage Terminated". In addition, by way of further guidance to the pharmacies, AdvancePCS is providing the following additional message: **"IF AARP MEMBER CONTACT AARP. IF NOT, CHANGE CARRIER TO CAR1."**

10. I understand that plaintiffs are demanding that we provide ESI's carrier number in the rejection message. Some of the pharmacists to whom such a message would be sent are not members of the new ESI network, and therefore could not reprofile their customers to ESI.

11. After the entry of the Court's March 18, 2002, AdvancePCS prepared a notice to pharmacies. AdvancePCS composed this message to explain to pharmacists its effort to discontinue use of the H020 carrier number in compliance with the Court's Orders.

12. The notice references March 21, 2002 as the effective date for discontinuing the use of the H020 carrier number. In fact, AdvancePCS discontinued using the carrier number as soon as it was able to reprogram its systems to do so, which occurred at 10:00

p.m. MST on March 20, 2002. Whether or not AdvancePCS specifies a new effective date as plaintiffs have requested will have no impact on the number of claims that AdvancePCS does or does not process because the instruction to reject all H020 claims is already in place regardless of any effective date or the date of fill of the prescription.

13. As AdvancePCS anticipated, the entry of the preliminary injunction is destroying AdvancePCS's program. AdvancePCS is processing less than five percent (5%) of the claims it processed in its entire program prior to entry of the injunction.

14. AdvancePCS is offering the messaging because failing to do so would be inconsistent with the manner in which it operates its network and would be insensitive to the needs of its pharmacies. There is no question that rejecting hundreds of thousands of claims, which AdvancePCS is currently doing, without any message or guidance to pharmacies would harm AdvancePCS's reputation in the industry.

15. AdvancePCS recently changed the name of its prescription discount card program to the AdvancePCS RxSavings Plan.

H. Kirby Bessant

H. Kirby Bessant

Subscribed and sworn to before me, this
2nd day of April, 2002

Notary Public Berniece Scoville

My commission expires: 8/1/03

OFFICIAL SEAL
BERNIECE SCOVILLE
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Aug. 1, 2003

**CERTIFICATE OF SERVICE**

The undersigned states that on April, 2, 2002, a true and correct copy of the foregoing Affidavit of H. Kirby Bessant dated April 2, 2002, was served upon plaintiffs' counsel as indicated below:

Michael J. Lyle, Esquire
WEIL, GOTSHAL & MANGES LLP
1501 K. Street NW, Suite 100
Washington, D.C. 2005
*(via fax)*

David B. Potter, Esquire
OPPENHEIMER WOLFF & DONNELLY LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
*(via fax)*

Counsel for Plaintiff United

Mark J. Briol, Esquire
BRIOL & ASSOCIATES, PLLC
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
*(via fax)*

Counsel for Plaintiff AARP

Anthony Herman, Esquire
Covington & Burring
1201 Pennsylvania Avenue NW
Washington, D.C. 20004-2401
*(via fax)*

Scott D. Knudson

Counsel for Defendant