**Hearing Before Minnesota Senate Finance Committee –May 9, 1989**

*Senator Solon - Senate file 536.*

Thank you Mr. President. This Bill has **[INAUDIBLE]** and what it does is, bring additional civil penalties from the various kinds of deceptive trade practices against handicapped, vulnerable adults. What it would do is add another $10,000 in civil penalties to the existing penalty for violation of deceptive practices against the, our seniors. Mr. Chairman the cost here is about $58,000 per year. The Center for the Board on Aging **[INAUDIBLE]** professional staff positions **[INAUDIBLE]** we don't know how much money this Bill will collect **[INAUDIBLE]** but with an additional $10,000 in fines with the, I don't know, warning people who are trying to deceive our seniors, this means business out there. They are being tricked throughout the state **[INAUDIBLE]** proceeds and attorney generals office is being asked that we assess an additional $10,000 in civil penalties which is going into the general fund of the state. So, if the Bill does what it should do we could probably collect a lot more than the $58,000 a year that would go to the Board on Aging to implement **[INAUDIBLE]** and disseminate the things that we want to do with the Bill. So I don't know. I have Mr. Eric Johnson from the department, Attorneys General Office, if you have any questions. The Bill did come to me from the AG's office with the support of all the senior taxpayers. **[INAUDIBLE]**. I mean someone from the Attorneys General Office **[INAUDIBLE].**

*As I understand this Senator Solon, in reviewing it, what you provide for is an enhanced civil penalty for deceptive trade practices, false advertising and consumer fraud and in those cases where the victims include senior citizens or handicapped persons, the enhanced penalty may be up to $10,000 is entirely at the discretion of the court in awarding those penalties, but if they do award them we provide that the money that's collected goes to the Board on Aging.*

That might go into the general fund and I'm not sure…

*Well it goes into the general fund-credit the account on the Board on Aging and appropriate in its annual, and its got to stand an appropriation of that to the state Board of agency, state of Board on Aging for the purposes described in subdivision 5.*

Mr. Chairman – Eric Johnson – Special assistant to Attorney General- That is a correct analysis although I think the fiscal numbers provided by Board on Aging is a little bit misleading. Under the Bill, the Board of Aging currently provides the continuing of the education and informational programs to senior citizens to try and educate them on consumer fraud issues. They **[INAUDIBLE]** fiscal that said if we get additional funds we will spend it in this way, however, if additional appropriation is not necessary, well its all subject to the amount of the judges discretion will go into the general account….

EXHIBIT Z