# Hearing Before Minnesota Commerce House Committee – March 2, 1989

*Representative Millbert*

*Welcome to the Committee.*

*Attorney General Hubert Humphrey III.*

Thank you Mr. Chairman, members of the Committee, Representative Milbert, I appreciate the opportunity to just briefly be with you today on this legislation. [...]

Now, Mr. Chairman, why would, why would we want to just take out a particular section of our population and say there's a special need or, or reason to try and protect them in--over others. I think we have to take a look at what the characteristics of senior citizens and other individuals that are described in the Bill are.

First of all, we're talking about individuals that by and large are on fixed incomes, so when they suffer this problem, they don't have the ongoing income base in which to recover and to maintain and to build back their lifestyle. We're talking about individuals who very well may have that, uh, large equity in their home, are living on fixed incomes, may have some kind of a cash base nest egg that's set aside that is swallowed up by these kinds of con artists – and not to be able to be replaced. So, we're talking about particular individuals who, um, are going to suffer, uh, significantly more and longer than other individuals such as yourself or I while we have current income that is coming in. [...]

Mr. Chairman, those are the, the purposes of the legislation. Now, where will this money go that is recovered under these kinds of circumstances? It would go to, uh, to further educational efforts to help senior citizens and others protect themselves from this kind of activity. The, the dollars that would be recovered would, um, be used specifically for those educational purposes. Uh, so I think the, the legislation on the one hand sends a very strong signal to those individuals that would be involved in this kind of activity to deter them from that.

Secondly, in the instance that there are those circumstances where courts are able to, uh, uh, levy those kinds of fines, it will go to, uh, a situation that will remedy, uh, the circumstances by education; by making sure that the best defense against this is, is the well educated, well informed senior citizen, vulnerable adult, handicapped person that is involved. Um, so I think all the way around it's a, it's a very positive piece of legislation. [...]

Finally, Mr. Chairman, I guess I'd, I'd just like to show you a couple of examples, um or at least one. You, you may have seen this earlier this year. Swindlers deplete life savings of 95-year old widow. This is the kind of situation we're talking about....

EXHIBIT AA