UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United Healthcare Insurance Company
and AARP,

Plaintiffs,

Civil No. 01-2320 (RHK/AJB)

vs.

**ORDER**

AdvancePCS,

Defendant.

---

Plaintiffs have filed a Renewed Motion for Leave to Amend their Complaint. The origin of this Motion is found in the Court's September 29, 2003 Order denying Plaintiffs' Motion to amend the Complaint to assert a claim for punitive damages, but "without prejudice" to the renewal of the Motion at the conclusion of discovery. Discovery has now been concluded and the punitive damage issue is again before the Court. In addition, Plaintiffs seek to add three additional claims–fraud, misappropriation of trade secrets and breach of contract.

Having reviewed the parties' submissions, the Motion will be denied in its entirety. With respect to punitive damages, the Court remains unconvinced that Plaintiffs have demonstrated that Defendant acted with deliberate disregard for either the safety of AARP members or of their economic rights.

With respect to the other three claims sought to be added in the proposed Amended Complaint, the Court determines it is too late to assert these claims. The initial Pretrial Scheduling Order in this case, dated March 13, 2002, stated that "ten days after the date on

which the District Court rules on Defendant's Motion to Dismiss, all motions which seek to amend the pleadings or add parties must be served and filed." The time for seeking amendments to the pleadings has passed.

Following the Eighth Circuit's affirmance of the issuance of a preliminary injunction, Plaintiffs' request to add a claim for punitive damages was allowed in part, by Judge Boylan. That Order was vacated by the undersigned. At that time, plaintiffs were given specific permission to seek to add a punitive damage claim at the conclusion of discovery. This Court's Order did not contemplate amended pleadings beyond the punitive damage issue. The current request fails to comply with the letter and spirit of the pretrial scheduling Order, would unnecessarily extend discovery in this case and delay its final resolution.

Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED** that Plaintiffs' Motion for Leave to Amend the Second Amended Complaint (to add claims for punitive damages, fraud, breach of contract, and misappropriation of trade secrets) (Doc. No. 162) is **DENIED**.

Dated: June 7, 2004

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge