**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 01-CV-2320 RHK/JMM |
| ADVANCEPCS, | ) | |
| Defendant. | ) | |

**PLAINTIFFS UNITED HEALTHCARE INSURANCE CO. AND AARP'S MOTION FOR (1) PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON DEFENDANT'S COUNTERCLAIMS AND (2) PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' CLAIMS**

TO: Defendant AdvancePCS and its attorneys, W. Thomas McGough, Jr., Reed Smith LLP, 435 Sixth Avenue, Pittsburgh, PA 15219-1886; Scott G. Knudson, Briggs and Morgan, 2200 First National Bank Building, 332 Minnesota Street, Saint Paul, MN 55101 and Lewis A. Remele, Jr., Bassford, Lockhart, Truesdell & Briggs, P.A., 3550 Multifoods Tower, Minneapolis, MN 55402-3787.

## MOTION

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiffs hereby move this Court for (1) summary judgment on Defendant's counterclaims and (2) partial summary judgment on Plaintiffs' claims. This motion is based upon all the files, records, and proceedings herein, argument of counsel, and Plaintiffs' Memorandum of Law and supporting affidavits, each of which has been filed pursuant to the applicable rules, filed in support of this motion.

Dated: July 6, 2002 Respectfully submitted,

/s Bret A. Puls

David B. Potter (MN #121642)
Bret A. Puls (MN #305157)
OPPENHEIMER WOLFF & DONNELLY LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
(612) 607-7000
(612) 607-7100 (fax)

and

Michael J. Lyle (admitted *pro hac vice*)
Holly E. Loiseau (admitted *pro hac vice*)
Christine P. Hsu (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1501 K Street NW, Suite 100
Washington, D.C. 20005
(202) 682-7000
(202) 857-0940 (fax)

Attorneys for Plaintiff United HealthCare Insurance Co.

s/ Mark J. Briol

Mark J. Briol (MN #126731)
Vicki J. Bitner (MN #213998)
BRIOL & ASSOCIATES, PLLC
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 337-8410
(612) 337-5151 (fax)

Attorneys for Plaintiff AARP