IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCEPCS,<br><br>Defendant. | Case No. 01-CV-2320 RHK/JMM |

**PLAINTIFFS UNITED HEALTHCARE INSURANCE CO. AND AARP'S NOTICE OF MOTION FOR (1) PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON DEFENDANT'S COUNTERCLAIMS AND (2) PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' CLAIMS**

TO: Defendant AdvancePCS and its attorneys, W. Thomas McGough, Jr., Christopher J. Soller, and Mary J. Hackett, Reed Smith LLP, 435 Sixth Avenue, Pittsburgh, PA 15219-1886, and Lewis A. Remele, Jr., and Kevin P. Hickey, Bassford Remele, P.A,. 3550 Multifoods Tower, Minneapolis, MN 55402-3787.

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that Plaintiffs United HealthCare Insurance Co. and AARP, by and through their undersigned counsel, will bring the following motion on for oral argument before the Court on the 20th day of August, 2004, before the Honorable Richard H. Kyle of the United States District Court, Room 764, at the Warren E. Burger Federal Building, 316 North Robert Street, St. Paul, MN 55101 at 8:00 a.m. or as soon thereafter as counsel may be heard.

Dated: July 6, 2002 Respectfully submitted,

/s Bret A. Puls

David B. Potter (MN #121642)
Bret A. Puls (MN #305157)
OPPENHEIMER WOLFF & DONNELLY LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
(612) 607-7000
(612) 607-7100 (fax)

and

Michael J. Lyle (admitted *pro hac vice*)
Holly E. Loiseau (admitted *pro hac vice*)
Christine P. Hsu (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1501 K Street NW, Suite 100
Washington, D.C. 20005
(202) 682-7000
(202) 857-0940 (fax)

Attorneys for Plaintiff United HealthCare Insurance Co.

/s Mark J. Briol

Mark J. Briol (MN #126731)
Vicki J. Bitner (MN #213998)
BRIOL & ASSOCIATES, PLLC
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 337-8410
(612) 337-5151 (fax)

Attorneys for Plaintiff AARP