**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCEPCS,<br><br>Defendant. | Case No. 01-CV-2320 RHK/AJB<br><br>**AFFIDAVIT OF BRET A. PULS** |

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Bret A. Puls, being first duly sworn upon oath, deposes and states as follows:

1. I am an attorney with Oppenheimer Wolff & Donnelly, LLP, representing Plaintiff United HealthCare Insurance Co. in the above-captioned matter. I make this affidavit of my own personal knowledge and in support of Plaintiff United HealthCare Insurance Co.'s Memorandum of Law in Support of Motion for Summary Judgment on Plaintiffs' Claims and Summary Judgment on Defendant's Counterclaims.

2. Attached to this affidavit as Exhibit 1 is a true and correct copy of excerpts from the deposition transcript of Kevin Waite dated February 17, 2004.

3. Attached to this affidavit as Exhibit 2 is a true and correct copy of the affidavit of Charles Kneese dated December 14, 2004.

4. Attached to this affidavit as Exhibit 3 is a true and correct copy of excerpts from the deposition transcripts of Todd Guinn dated October 30, 2003 and February 12, 2004.

5. Attached to this affidavit as Exhibit 4 is a true and correct copy of excerpts from the deposition transcripts of Brian Correia dated February 11, 2004 and March 5, 2004.

6. Attached to this affidavit as Exhibit 5 is a true and correct copy of excerpts from the deposition transcript of Sandra Mead dated February 4, 2004.

7. Attached to this affidavit as Exhibit 6 is a true and correct copy of Exhibit No. 416 to the deposition of Sandra Mead.

8. Attached to this affidavit as Exhibit 7 is a true and correct copy of excerpts from the deposition transcript of Charles Kneese dated November 25, 2003.

9. Attached to this affidavit as Exhibit 8 is a true and correct copy of excerpts from the deposition transcript of Jeff Sanders dated February 10, 2004.

10. Attached to this affidavit as Exhibit 9 is a true and correct copy of excerpts from the deposition transcript of Bob Dufour dated October 21, 2003.

11. Attached to this affidavit as Exhibit 10 is a true and correct copy of excerpts from the deposition transcript of Thomas Morrison dated January 21, 2004.

12. Attached to this affidavit as Exhibit 11 is a true and correct copy of excerpts from the deposition transcripts of Patrick Kenny dated January 20, 2004 and March 3, 2004.

13. Attached to this affidavit as Exhibit 12 is a true and correct copy of excerpts from the deposition transcript of Kirby Bessant dated February 18, 2004.

14. Attached to this affidavit as Exhibit 13 is a true and correct copy of Exhibit No. 10 to the deposition of Jackie Brown.

15. Attached to this affidavit as Exhibit 14 is a true and correct copy of excerpts from the deposition transcript of Marjorie Simos dated January 30, 2004.

16. Attached to this affidavit as Exhibit 15 is a true and correct copy of excerpts from the deposition transcript of Mark Lindsay dated October 3, 2004 and February 26, 2004.

17. Attached to this affidavit as Exhibit 16 is a true and correct copy of Exhibit No. 8 to the deposition of Brian Correia.

18. Attached to this affidavit as Exhibit 17 is a true and correct copy of excerpts from the deposition transcript of Beth Wingate dated February 12, 2004.

19. Attached to this affidavit as Exhibit 18 is a true and correct copy of excerpts from the deposition transcript of Mary Ellen Mitchell dated January 24, 2004.

20. Attached to this affidavit as Exhibit 19 is a true and correct copy of document APCS 00701.

21. Attached to this affidavit as Exhibit 20 is a true and correct copy of document APCS 06273.

22. Attached to this affidavit as Exhibit 21 is a true and correct copy of excerpts from the deposition transcript of Lois Quam dated February 25, 2004.

23. Attached to this affidavit as Exhibit 22 is a true and correct copy of APCS 01814.

24. Attached to this affidavit as Exhibit 23 is a true and correct copy of APCS 01766.

25. Attached to this affidavit as Exhibit 24 is a true and correct copy of excerpts from the deposition transcript of Jeannie Church dated December 5, 2003.

26. Attached to this affidavit as Exhibit 25 is a true and correct copy of ESI 1143.

27. Attached to this affidavit as Exhibit 26 is a true and correct copy of APCS 010215.

28. Attached to this affidavit as Exhibit 27 is a true and correct copy of excerpts from the deposition transcript of Sheila McMillan dated March 23, 2004.

29. Attached to this affidavit as Exhibit 28 is a true and correct copy of excerpts from the deposition transcript of Stephen Zaleznick dated January 30, 2004.

30. Attached to this affidavit as Exhibit 29 is a true and correct copy of excerpts from the deposition transcript of Roberta Milman dated November 21, 2003.

31. Attached to this affidavit as Exhibit 30 is the Affidavit of Kirby Bessant dated February 6, 2002.

FURTHER YOUR AFFIANT SAITH NOT.

s/Bret A. Puls
Bret A. Puls

Subscribed and sworn to before me

this 6th day of July, 2004.

s/ Julie Ann Turbeville
Notary Public