**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCEPCS,<br><br>Defendant. | Case No. 01-CV-2320 RHK/AJB<br><br>**NOTICE OF CONVENTIONAL FILING OF EXHIBITS 1-30 TO AFFIDVIAT OF BRET A PULS** |

This filing is in conventional or physical form only, and is on file with the Clerk's Office.

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not-e-filed for the following reason(s):

_____ Voluminous Document (PDF file size larger than the e-filing system allows)*

_____ Unable to Scan Documents

_____ Physical Object (description):

_____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

__X__ Item Under Seal*

_____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____ Other (description):

* Filing of these items requires Judicial Approval.