**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP, | ) | |
| | ) | Case No. 01-CV-2320 RHK/AJB |
| Plaintiffs, | ) | |
| | ) | **AFFIDAVIT OF DAVID A. PRANGE** |
| v. | ) | |
| | ) | |
| ADVANCEPCS, | ) | |
| | ) | |
| Defendant. | ) | |

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

David A. Prange, being first duly sworn upon oath, deposes and states as follows:

1. I am an attorney with Oppenheimer Wolff & Donnelly, LLP, representing Plaintiff United HealthCare Insurance Co. in the above-captioned matter. I make this affidavit of my own personal knowledge and in support of Plaintiff United HealthCare Insurance Co.'s Memorandum of Law in Support of Motion for Summary Judgment on Plaintiffs' Claims and Summary Judgment on Defendant's Counterclaims.

2. Attached to this affidavit as Exhibit A is a true and correct copy of United HealthCare Ins. Co. v. AdvancePCS, No. Civ. 01-2320, 2002 U.S. Dist. LEXIS 4676 (D. Minn. Mar. 18, 2002).

3. Attached to this affidavit as Exhibit B is a true and correct copy of United HealthCare Insurance Co. and AARP v. AdvancePCS, 2003 U.S. Dist. LEXIS 17920 (D. Minn. Oct. 6, 2003).

4. Attached to this affidavit as Exhibit C is a true and correct copy of United HealthCare Ins. Co. v. AdvancePCS, Civ. No. 01-2320, 2002 U.S. Dist. LEXIS 6011 (D. Minn. Mar. 22, 2002).

5. Attached to this affidavit as Exhibit D is a true and correct copy of Hollywood Healthcare Corp. v. Deltec, Inc., 2004 WL 1118610 (D. Minn. May 17, 2004).

6. Attached to this affidavit as Exhibit E is a true and correct copy of Inter-Tel, Inc. v. CA Communications, Inc., No. Civ. 02-1864 (PAM/RLE), 2003 WL 23119384 (D. Minn. Dec. 29, 2003).

FURTHER YOUR AFFIANT SAITH NOT.

s/David A. Prange
David A. Prange

Subscribed and sworn to before me

this 6th day of July, 2004.

s/ Julie Ann Turbeville
Notary Public