**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCEPCS,<br><br>Defendant. | Case No. 01-CV-2320 RHK/AJB<br><br>**EXHIBIT LIST TO AFFIDAVIT OF DAVID A. PRANGE** |

**Exhibits**

1. Attached to this affidavit as Exhibit A is a true and correct copy of United HealthCare Ins. Co. v. AdvancePCS, No. Civ. 01-2320, 2002 U.S. Dist. LEXIS 4676 (D. Minn. Mar. 18, 2002).

2. Attached to this affidavit as Exhibit B is a true and correct copy of United HealthCare Insurance Co. and AARP v. AdvancePCS, 2003 U.S. Dist. LEXIS 17920 (D. Minn. Oct. 6, 2003).

3. Attached to this affidavit as Exhibit C is a true and correct copy of United HealthCare Ins. Co. v. AdvancePCS, Civ. No. 01-2320, 2002 U.S. Dist. LEXIS 6011 (D. Minn. Mar. 22, 2002).

4. Attached to this affidavit as Exhibit D is a true and correct copy of Hollywood Healthcare Corp. v. Deltec, Inc., 2004 WL 1118610 (D. Minn. May 17, 2004).

5. Attached to this affidavit as Exhibit E is a true and correct copy of Inter-Tel, Inc. v. CA Communications, Inc., No. Civ. 02-1864 (PAM/RLE), 2003 WL 23119384 (D. Minn. Dec. 29, 2003).