**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of July, 2004, I caused the following Plaintiffs United Healthcare Insurance Co. and AARP's Notice of Motion and Motion for (1) Plaintiffs' Motion for Summary Judgment on Defendant's Counterclaims and (2) Plaintiffs' Motion for Partial Summary Judgment on Plaintiffs' Claims, supporting Memorandum of Law, supporting Affidavit of Bret A. Puls, supporting Affidavit of David A. Prange, and this Certificate of Service to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the within named counsel:

Kevin P. Hickey, Esq.
Lewis A. Remele, Jr., Esq.
BASSFORD, REMELE.
33 South Sixth Street, Suite 3550
Minneapolis, MN 55402-3787

Christopher J. Soller, Esq..
Mary J. Hackett.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886
*Attorneys for Defendant*
*AdvancePCS*

Dated: July 6, 2004.

/s Bret A. Puls
Bret A. Puls
Attorneys for Plaintiff

**OPPENHEIMER WOLFF & DONNELLY LLP**
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Fax Telephone: (612) 607-7100
Email: bpuls@oppenheimer.com

Case Name: United Healthcare Insurance Co. and AARP v. Advancepcs.
Civil File No.: 01-CV-2320 RHK/AJB