**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP, Plaintiffs, | ) | |
| v. | ) | Case No. 01-CV-2320 RHK/AJB |
| ADVANCEPCS, Defendant. | ) | |

**PLAINTIFFS' UNITED HEALTHCARE INSURANCE CO. AND AARP'S MOTION TO QUASH THE DEPOSITION NOTICE TO LOIS QUAM AND THE SUBPOENAS TO BOB DUFOUR AND MARY ELLEN MITCHELL**

TO: Defendant AdvancePCS and its attorneys, W. Thomas McGough, Jr., Christopher J. Soller, and Mary J. Hackett, Reed Smith LLP, 435 Sixth Avenue, Pittsburgh, PA 15219-1886, and Lewis A. Remele, Jr., and Kevin P. Hickey, Bassford Remele, P.A,. 3550 Multifoods Tower, Minneapolis, MN 55402-3787.

**MOTION**

Plaintiffs hereby move this Court to quash the deposition notice to Lois Quam and subpoenas to Bob Dufour and Mary Ellen Mitchell. This motion is based upon all the files, records, and proceedings herein, argument of counsel, and the Plaintiffs' Memorandum of Law and supporting affidavits, each of which has been filed pursuant to the applicable rules.

Dated: July 7, 2004

Respectfully submitted,

/s Bret A. Puls

David B. Potter (MN #121642)
Bret A. Puls (MN #305157)
OPPENHEIMER WOLFF & DONNELLY LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
(612) 607-7000
(612) 607-7100 (fax)

and

Michael J. Lyle (admitted *pro hac vice*)
Holly E. Loiseau (admitted *pro hac vice*)
Christine P. Hsu (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1501 K Street NW, Suite 100
Washington, D.C. 20005
(202) 682-7000
(202) 857-0940 (fax)

Attorneys for Plaintiff United HealthCare Insurance Co.

/s Mark J. Briol

Mark J. Briol (MN #126731)
Vicki J. Bitner (MN #213998)
BRIOL & ASSOCIATES, PLLC
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 337-8410
(612) 337-5151 (fax)

Attorneys for Plaintiff AARP