**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCEPCS,<br><br>Defendant. | Case No. 01-CV-2320 RHK/AJB<br><br>**AFFIDAVIT OF BRET A. PULS** |

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Bret A. Puls, being first duly sworn upon oath, deposes and states as follows:

1. I am an attorney with Oppenheimer Wolff & Donnelly, LLP, representing Plaintiff United HealthCare Insurance Co. in the above-captioned matter. I make this affidavit of my own personal knowledge and in support of Plaintiff United HealthCare Insurance Co.'s Memorandum of Law in Support of their Motion to Quash the Deposition Notice to Lois Quam, and the Subpoenas to Bob Dufour and Mary Ellen Mitchell and Plaintiff's Motion for Sanctions.

2. Attached to this affidavit as Exhibit A is a true and correct copy of the Deposition Notice to Lois Quam dated June 25, 2004.

3. Attached to this affidavit as Exhibit B is a true and correct copy of the Subpoenas directed to Bob Dufour and Mary Ellen Mitchell dated June 29, 2004.

4. Attached to this affidavit as Exhibit C is a true and correct copy of the Order signed by Magistrate Boylan dated June 18, 2004.

5. Attached to this affidavit as Exhibit D is a true and correct copy of Plaintiffs' Amended Rule 26(a)(2) Disclosure dated June 21, 2004.

6. Attached to this affidavit as Exhibit E is a true and correct copy of Plaintiff United HealthCare Insurance Co.'s Brief in Support of Motion to Quash AdvancePCS's Deposition Notice dated December 19, 2003.

7. Attached to this affidavit as Exhibit F is a true and correct copy of the Order on Plaintiff's Motion for Protective Order dated January 20, 2004.

8. Attached to this affidavit as Exhibit G is a true and correct copy of the Notice of Rule 30(b)(6) Deposition of United Healthcare Insurance Co. dated February 10, 2004.

FURTHER YOUR AFFIANT SAITH NOT.

s/Bret A. Puls
Bret A. Puls

Subscribed and sworn to before me

this 7th day of July, 2004.

s/ Julie Ann Turbeville
Notary Public