**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCEPCS,<br><br>Defendant. | Case No. 01-CV-2320 RHK/AJB<br><br>**EXHIBIT LIST TO AFFIDAVIT OF BRET A. PULS** |

**Exhibits**

1. Attached to this affidavit as Exhibit A is a true and correct copy of the Deposition Notice to Lois Quam dated June 25, 2004.

2. Attached to this affidavit as Exhibit B is a true and correct copy of the Subpoenas directed to Bob Dufour and Mary Ellen Mitchell dated June 29, 2004.

3. Attached to this affidavit as Exhibit C is a true and correct copy of the Order signed by Magistrate Boylan dated June 18, 2004.

4. Attached to this affidavit as Exhibit D is a true and correct copy of Plaintiffs' Amended Rule 26(a)(2) Disclosure dated June 21, 2004.

5. Attached to this affidavit as Exhibit E is a true and correct copy of Plaintiff United HealthCare Insurance Co.'s Brief in Support of Motion to Quash AdvancePCS's Deposition Notice dated December 19, 2003.

6. Attached to this affidavit as Exhibit F is a true and correct copy of the Order on Plaintiff's Motion for Protective Order dated January 20, 2004.

7. Attached to this affidavit as Exhibit G is a true and correct copy of the Notice of Rule 30(b)(6) Deposition of United Healthcare Insurance Co. dated February 10, 2004.