# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCEPCS,<br><br>Defendant. | ) | Civil Action No. 01-2320 RHK/AJB |

**NOTICE OF DEPOSITION**

TO: Lois Quam
c/o Michael J. Lyle, Esquire
WEIL, GOTSHAL & MANGES LLP
1501 K. Street NW, Suite 100
Washington, D.C. 2005

David B. Potter, Esquire
OPPENHEIMER WOLFF & DONNELLY LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402

Mark J. Briol, Esquire
BRIOL & ASSOCIATES, PLLC
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendants in the above-captioned matter will take the deposition of Lois Quam before an officer duly authorized to administer oaths. The deposition has been scheduled to take place on July 13, 2004, commencing at 9:00 a.m. at a location to be mutually agreed upon by the parties, and shall continue from day to day thereafter until concluded.

The deposition shall be recorded by stenographic means. You are invited to attend.

Dated: June 25, 2004

By

REED SMITH LLP
W. Thomas McGough, Jr.
Mary J. Hackett
Christopher J. Soller
435 Sixth Avenue
Pittsburgh, PA 15219-1886
(412) 288-3131

BASSFORD REMELE
A PROFESSIONAL ASSOCIATION
Lewis A. Remele, Jr.
Kevin P. Hickey
33 South Sixth Street
Suite 3800
Minneapolis, MN 55402-3707
(612) 333-3000

Attorneys for Defendant AdvancePCS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 25th day of June, 2004, the undersigned caused a true and correct copy of the foregoing Notice of Deposition to be served via facsimile and first-class, U.S. mail, postage prepaid, upon the following counsel:

Michael J. Lyle, Esquire
WEIL, GOTSHAL & MANGES LLP
1501 K. Street NW, Suite 100
Washington, D.C. 2005

David B. Potter, Esquire
OPPENHEIMER WOLFF & DONNELLY LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402

Counsel for Plaintiff United

Mark J. Briol, Esquire
BRIOL & ASSOCIATES, PLLC
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Counsel for Plaintiff AARP

Counsel for Defendant