# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 01-CV-2320 RHK/AJB |
| ADVANCEPCS, | ) |
| Defendant. | ) |

**PLAINTIFFS' AMENDED RULE 26(a)(2) DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 26(a)(2); the Second Amended Pretrial Scheduling Order, as amended; Order on Defendant's Motion to Compel, dated June 14, 2002; and the Order on Experts, dated June 18, 2004, United HealthCare Insurance Co. ("United") and AARP respectfully submit ***UNDER PROTEST AND OBJECTION***,[1] the following disclosure relating to the above-captioned case.

***I. Disclosure Pursuant to Fed. R. Civ. P. 26(a)(2) and the Second Amended Scheduling Order:***

Plaintiffs may call the following retained expert witnesses at trial to provide expert testimony under Federal Rule of Evidence 702. Plaintiffs have already served on Defendant the required disclosures and reports under the Second Amended Scheduling Order and Federal Rule of Civil Procedure 26(a)(2)(B) for these individuals:

Arthur H. Cobb, C.P.A.;

Claude R. Martin, Jr., Ph.D.; and

John W. Maxwell, M.S., R.Ph.

[1] Plaintiffs reserve their right to object to and bring an appeal based on the Order on Experts, dated June 18, 2004 and the Order on Defendant's Motion to Compel dated June 14, 2004, which it modified, pursuant to Local Rule 72.1, on the grounds that the rulings together are clearly erroneous and contrary to law. This disclosure is submitted in the interim, under objection and protest, and with all rights reserved.

Plaintiffs reserve any and all rights under the Federal Rules of Civil Procedure, Federal Rules of Evidence and any Local Rules, statutes, case law and any other applicable rule relating to the offering, admissibility and introduction of evidence and testimony at trial. Plaintiffs expressly reserve the right to call in the adverse any witness offered by Defendant. Plaintiffs further expressly reserve the right to call any witness, whether on direct or rebuttal, to offer any testimony and/or evidence, including Rule 702 testimony, as may be warranted in Plaintiffs' discretion, in response to testimony offered or positions taken by Defendant.

## II. *Disclosure Pursuant to Order on Experts, para. 2, dated June 18, 2004:*

Plaintiffs offer the following disclosures pursuant to the Order on Experts, dated June 18, 2004, under protest and objection. Plaintiffs presently intend to offer opinion testimony from the following individuals that may meet the definition of Rule 701 lay opinion testimony:

Julie Alexis;

Stuart Bascomb;

Bob Dufour;

Tom Erickson;

Edwin C. Hedblom;

Kristin Johnson;

Charles G. Kneese;

Mark Lindsay;

Tom Luft;

Cathy McDougle;

Sheila McMillan;

Sandra Coffey Mead;

Roberta Milman;

Mary Ellen Mitchell;

Inez Montgomery;

Thomas E. Morrison;

Lois Quam;

Michelle Renaud;

Marjorie K. Simos;

Scott Tierney;

Elizabeth Wingate;

Michelle Wolf;

Paula Woolley; and

Steve Zaleznick.

The opinion testimony of which Plaintiffs are presently aware and which Plaintiffs presently intend to introduce at trial is contained within and/or is consistent with the affidavits, deposition transcripts and/or deposition exhibits relating to each above listed individual.

Plaintiffs reserve any and all rights under the Federal Rules of Civil Procedure, Federal Rules of Evidence and any Local Rules, statutes, case law and any other applicable rule relating to the offering, admissibility and introduction of evidence and testimony at trial. Plaintiffs expressly reserve the right to call in the adverse any witness offered by Defendant. Plaintiffs further expressly reserve the right to call any witness, whether on direct or rebuttal, to offer any testimony and/or evidence, including Rule 701 and/or 702 testimony, as may be warranted at Plaintiffs' discretion in response to testimony offered or positions taken by Defendant.

Dated: June 21, 2004

Respectfully submitted,

David B. Potter (MN #121642)
Bret A. Puls (MN #305157)
OPPENHEIMER WOLFF & DONNELLY LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
(612) 607-7000
(612) 607-7100 (fax)

and

Michael J. Lyle
Holly E. Loiseau
Christine P. Hsu
WEIL, GOTSHAL & MANGES LLP
1501 K Street NW, Suite 100
Washington, D.C. 20005
(202) 682-7000
(202) 857-0940 (fax)

Attorneys for Plaintiff United HealthCare Insurance Co.

Mark J. Briol (MN #126731)
Vicki J. Bitner (MN #213998)
BRIOL & ASSOCIATES, PLLC
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 337-8410
(612) 337-5151 (fax)

Attorneys for Plaintiff AARP