**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**Case No. 01-CV-2320 RHK/AJB**

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that on July 6, 2004, I caused the following documents:

1. Defendant AdvancePCS' Notice of Motion for Summary Judgment;
2. Defendant AdvancePCS' Motion for Summary Judgment;
3. Defendant AdvancePCS' Memorandum of Law in Support of Motion for Summary Judgment (Notice of Conventional Filing);
4. Affidavit of Christopher J. Soller with Exhibits not filed under seal and Notices of Conventional Filing; and
5. Exhibit List

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Michael J. Lyle, Esquire
WEIL, GOTSHAL & MANGES LLP
1501 K. Street NW, Suite 100
Washington, D.C. 20005

David B. Potter, Esquire
OPPENHEIMER WOLFF & DONNELLY LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
**Counsel for Plaintiff United HealthCare Insurance Company**

Mark J. Briol, Esquire
BRIOL & ASSOCIATES, PLLC
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
**Counsel for Plaintiff AARP**

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mail via Federal Express, next business day delivery to the following: **None.**

s/ Tina M. Johnson
Tina M. Johnson