**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**Case No. 01-CV-2320 RHK/AJB**

**CERTIFICATE OF SERVICE**

Service of the attached was made on **July 6, 2004,** upon the attorneys named to their last known addresses by the undersigned on behalf of BASSFORD REMELE, A Professional Association, as attorneys of record in the said action:

1. AdvancedPCS's Memorandum of Law in Support of Motion for Summary Judgment;
2. Exhibits A, C, D, E, F, H, I, K, L, M, O, P, Q, R, W, X, CC, DD, EE, FF, and GG; and
3. Order (proposed);

to be filed/served conventionally (paper format) with the Clerk of Court to the following:

Michael J. Lyle, Esquire
WEIL, GOTSHAL & MANGES LLP
1501 K. Street NW, Suite 100
Washington, D.C. 20005

Overnight Mail

Dated: July 7, 2004

s/ Tina M. Johnson
Tina M. Johnson