# Affidavit of Personal Service

Fred Eisenbrey being duly sworn, states that on the 6th day of July, 2004 he served the following:

1. Defendant AdvancePCS' Memorandum in Support of Motion for Summary Judgment;
2. Exhibits A, C, D, E, F, H, I, K, L, M, O, P, Q, R, W, X, CC, DD, EE, FF, GG, and;
3. Proposed Order.

Upon:

David Potter, ESQ.
Oppenhiemer, Wolff & Donnelly
45 South 7th St, Suite 3400
Minneapolis, MN 55402

By handing to and leaving with Teina Romero.

Sworn to me this 6th of July, 2004

B. Menz

Notary Public