IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP, | ) | |
| Plaintiffs, | ) | Civil Action No. 01-2320 RHK/AJB |
| v. | ) | |
| ADVANCEPCS, | ) | |
| Defendant. | ) | |

**DEFENDANT ADVANCEPCS' MOTION TO STRIKE THE EXPERT REPORT AND TESTIMONY OF DR. CLAUDE R. MARTIN, JR.**

REED SMITH LLP
W. Thomas McGough, Jr.
Mary J. Hackett
Christopher J. Soller
435 Sixth Avenue
Pittsburgh, PA 15219-1886
(412) 288-3131

and

BASSFORD REMELE, P.A.
Lewis A. Remele, Jr.
Kevin P. Hickey
33 South Sixth Street
Suite 3800
Minneapolis, MN 55402-3787
(612) 333-3000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP, | ) | Civil Action No. 01-2320 RHK/AJB |
| Plaintiffs, | ) | |
| v. | ) | |
| ADVANCEPCS, | ) | |
| Defendant. | ) | |

**DEFENDANT ADVANCEPCS' MOTION TO STRIKE**
**THE EXPERT REPORT AND TESTIMONY OF DR. CLAUDE R. MARTIN, JR.**

**TO: Plaintiffs, United Healthcare Insurance Co. and AARP and their attorneys:**

David B. Potter, Esq.
Bret A. Puls, Esq.
Oppenheimer, Wolff &
Donnelly LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402

Michael J. Lyle, Esq.
Christine P. Hsu, Esq.
Weil, Gotshal &
Manges LLP
1501 K Street NW
Suite 100
Washington, DC 20005

Mark J. Briol, Esq.
Vicki J. Bitner, Esq.
Briol & Associates, PLLC
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

## MOTION

AND NOW, comes the Defendant, AdvancePCS, by and through its undersigned counsel, and hereby moves this court for an Order striking the expert report and testimony of Dr. Claude R. Martin, Jr. as requested herein. In support of its Motion, AdvancePCS relies on the accompanying Memorandum and supporting affidavit and exhibits, incorporated herein by reference.

Dated: July 19, 2004

Respectfully submitted,

s/ Kevin P. Hickey

REED SMITH LLP
W. Thomas McGough, Jr.
Mary J. Hackett
Christopher J. Soller
435 Sixth Avenue
Pittsburgh, PA 15219-1886
(412) 288-3131

and

BASSFORD REMELE, P.A.
Lewis A. Remele, Jr.
Kevin P. Hickey
33 South Sixth Street
Suite 3800
Minneapolis, MN 55402-3787
(612) 333-3000

Attorneys for Defendant AdvancePCS