IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP, Plaintiffs, | ) Civil Action No. 01-2320 RHK/AJB |
| v. | ) |
| ADVANCEPCS, Defendant. | ) |

**DEFENDANT ADVANCEPCS' NOTICE OF MOTION TO STRIKE THE EXPERT REPORT AND TESTIMONY OF DR. CLAUDE R. MARTIN, JR.**

TO: Plaintiffs, United HealthCare Insurance Co. and AARP and their attorneys:

David B. Potter, Esq.
Bret A. Puls, Esq.
Oppenheimer, Wolff & Donnelly LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402

Michael J. Lyle, Esq.
Holly E. Loiseau, Esq.
Christine P. Hsu, Esq.
Weil, Gotshal & Manges LLP
1501 K Street NW
Suite 100
Washington, DC 20005

Mark J. Briol, Esq.
Vicki J. Bitner, Esq.
Briol & Associates, PLLC
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

**NOTICE**

PLEASE TAKE NOTICE that on the 2nd of August, 2004 at 9 a.m. before the Honorable Arthur J. Boylan in Courtroom 628A, Defendant AdvancePCS will bring its Motion to Strike the Expert Report of Dr. Claude R. Martin, Jr.

Dated: July 19, 2004

Respectfully submitted,

______________________________

REED SMITH LLP
W. Thomas McGough, Jr.
Mary J. Hackett
Christopher J. Soller
435 Sixth Avenue
Pittsburgh, PA 15219-1886
(412) 288-3131

and

BASSFORD REMELE, P.A.
Lewis A. Remele, Jr.
Kevin P. Hickey
33 South Sixth Street
Suite 3800
Minneapolis, MN 55402-3787
(612) 333-3000

Attorneys for Defendant AdvancePCS