IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP, | ) | |
| | ) | Case No. 01-CV-2320 RHK/AJB |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **AFFIDAVIT OF CHRISTOPHER J. SOLLER IN SUPPORT OF DEFENDANT ADVANCEPCS' MOTION TO STRIKE THE EXPERT REPORT AND TESTIMONY OF DR. CLAUDE R. MARTIN, JR.** |
| ADVANCEPCS, | ) | |
| Defendant. | ) | |

COMMONWEALTH OF PENNSYLVANIA)
) ss.
COUNTY OF ALLEGHENY )

CHRISTOPHER J. SOLLER, being duly sworn, deposes and states as follows:

I am one of the attorneys representing Defendant AdvancePCS is the above-captioned matter. I make this Affidavit of my own personal knowledge and in support of Defendant AdvancePCS' Motion to Strike the Expert Report and Testimony of Dr. Claude R. Martin, Jr.

1. Attached as Exhibit 1 is a true and correct copy of the Affidavit of Dr. Claude R. Martin, Jr. dated January 3, 2002.

2. Attached as Exhibit 2 is a true and correct copy of Defendant's First Set of Interrogatories and First Request for Production of Documents Directed to United Healthcare.

3. Attached as Exhibit 3 is a true and correct copy of Defendant's First Set of Interrogatories and First Request for Production of Documents Directed to AARP.

4. Attached as Exhibit 4 is a true and correct copy of the relevant portions of the Deposition Transcript of Mark Lindsay dated October 7, 2003.

5. Attached as Exhibit 5 is a true and correct copy of Defendant's Fourth Request for Production of Documents Directed to Plaintiff United Healthcare Insurance Co.

6. Attached as Exhibit 6 is a true and correct copy of AdvancePCS' Notice of Motion and Motion to Compel Discovery.

7. Attached as Exhibit 7 is a true and correct copy of the relevant portions of the Transcript of Proceedings dated February 26, 2004.

8. Attached as Exhibit 8 is a true and correct copy of this Court's Order on AdvancePCS' Motion to Compel dated March 9, 2004.

9. Attached as Exhibit 9 are true and correct copies of a sampling of the Martin Documents, which are bates-numbered Martin 4115-4144, 4148-4154, 4161-4163, 4319-4323 and 4450.

10. Attached as Exhibit 10 is a true and correct copy of a letter dated July 9, 2004 from counsel for AdvancePCS to Plaintiffs' counsel.

11. Attached as Exhibit 11 is a true and correct copy of a letter dated June 4, 2004 from Plaintiffs' counsel to counsel for AdvancePCS.

12. Attached as Exhibit 12 is a true and correct copy of the relevant portions of the Transcript of Proceedings dated March 31, 2004.

FURTHER YOUR AFFIANT SAITH NOT.

/s/ Christopher J. Soller
Christopher J. Soller

Subscribed and sworn to before me

this 18th day of July, 2004.

Colleen S. Smith
Notary Public