IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

UNITED HEALTHCARE INSURANCE CO. and AARP,

Plaintiffs,

v.

ADVANCEPCS,

Defendant.

Case No. 01-CV-2320 RHK/AJB

**EXHIBIT LIST TO THE AFFIDAVIT OF CHRISTOPHER J. SOLLER**

**TABLE OF EXHIBITS**

| **EXHIBIT NO.** | **DESCRIPTION** |
|---|---|
| 1 | Affidavit of Dr. Claude R. Martin, Jr. dated January 3, 2002 |
| 2 | Defendant's First Set of Interrogatories and First Request for Production of Documents Directed to United Healthcare |
| 3 | Defendant's First Set of Interrogatories and First Request for Production of Documents Directed to AARP |
| 4* | Deposition Transcript of Mark Lindsay dated October 7, 2003 |
| 5 | Defendant's Fourth Request for Production of Documents Directed to Plaintiff United Healthcare |
| 6 | AdvancePCS' Notice of Motion and Motion to Compel Discovery |
| 7 | Transcript of Proceedings dated February 26, 2004 |
| 8 | Order of this Court on AdvancePCS' Motion to Compel dated March 9, 2004 |
| 9* | Sample of Martin Documents |
| 10 | Letter dated July 9, 2004 from counsel for AdvancePCS to Plaintiffs' counsel |
| 11 | Letter dated June 4, 2004 from Plaintiffs' counsel to counsel for AdvancePCS |
| 12 | Transcript of Proceedings dated March 31, 2004 |

*Denotes Exhibits to be filed Under Seal pursuant to the Stipulation and Protective Order in effect.