IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP, | ) | Civil Action No. 01-2320 RHK/AJB |
| Plaintiffs, | ) | **NOTICE OF CONVENTIONAL FILING OF EXHIBIT 4 TO AFFIDAVIT OF CHRISTOPHER J. SOLLER** |
| v. | ) | |
| ADVANCEPCS, | ) | |
| Defendant. | ) | |

This filing is in conventional or physical form only, and is on file with the Clerk's Office. If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

_______ Voluminous Document (PDF file size larger than the e-filing system allows)*

_______ Unable to Scan Documents

_______ Physical Object (description):

_______ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___X___ Item Under Seal*

_______ Conformance with the Judicial Conference Privacy Policy (General Order 53)

_______ Other (description):

* Filing of these items requires Judicial Approval.