**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**Case No. 01-CV-2320 RHK/AJB**

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on July 19, 2004, I caused the following documents:

1. Defendant AdvancePCS' Motion to Strike the Expert Report and Testimony of Dr. Claude R. Martin, Jr.;
2. Defendant AdvancePCS' Notice of Motion to Strike the Expert Report and Testimony of Dr. Claude R. Martin, Jr.;
3. Defendant AdvancePCS' Memorandum of Law in Support of Motion to Strike the Expert Report and Testimony of Dr. Claude R. Martin, Jr.; and
4. Affidavit of Christopher J. Soller with Exhibits not filed under seal and Notices of Conventional Filing and Exhibit List.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Michael J. Lyle, Esquire
WEIL, GOTSHAL & MANGES LLP
1501 K. Street NW, Suite 100
Washington, D.C. 20005

David B. Potter, Esquire
OPPENHEIMER WOLFF & DONNELLY LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
**Counsel for Plaintiff United HealthCare Insurance Company**

Mark J. Briol, Esquire
BRIOL & ASSOCIATES, PLLC
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
**Counsel for Plaintiff AARP**

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mail via Federal Express, next business day delivery to the following: **None.**

**Date:** **July 20, 2004** s/ Tina M. Johnson
Tina M. Johnson