**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Case No. 01-CV-2320 RHK/AJB**

**CERTIFICATE OF SERVICE**

Service of the attached was made on **July 19, 2004,** upon the attorneys named to their last known addresses by the undersigned on behalf of BASSFORD REMELE, A Professional Association, as attorneys of record in the said action:

1. Exhibits 4 and 9 to the Affidavit of Christopher J. Soller in Support of Defendant AdvancePCS' Motion to Strike the Expert Report and Testimony of Dr. Claude R. Martin, Jr., and
2. Order (proposed);

to be filed/served conventionally (paper format) with the Clerk of Court to the following:

Michael J. Lyle, Esquire
WEIL, GOTSHAL & MANGES LLP
1501 K. Street NW, Suite 100
Washington, D.C. 20005

Overnight Mail

Dated: July 19, 2004

s/ Tina M. Johnson
Tina M. Johnson