# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United Healthcare Insurance Co. and AARP, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Arthur J. Boylan |
| Plaintiffs, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CV 01-2320 RHK/AJB |
| | ) | Date: July 21, 2004 |
| Advancepcs, | ) | Court Reporter: |
| | ) | Time Commenced: 1:30 p.m. |
| Defendant. | ) | Time Concluded: 1:35 p.m. |
| | ) | Time in Court: 5 Minutes |

Hearing on: **Settlement Discussion**

APPEARANCES:

Plaintiff: Mark Briol, Vicki Bitner, Michael Lyle, Holly Loiseau, Chrstine Hsu, David Potter, Bret Puls

Defendant: Lewis Remele, Jr., Kevin Hickey, W. Thomas McGough, Jr., Mary Hackett, Christoher Soller

PROCEEDINGS:

- ☐ Evidence by ☐ Plaintiff ☐ Defendant ☐ Other:
- ☐ Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
- ☐ Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
- ☐ Initial pretrial conference held.
- ☐ Final pretrial conference held.
- ☐ Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
- ☒ **Settlement reached. Settlement agreement will be submitted.**
- ☐ No settlement reached.
- ☐ Status conference.
- ☐ Dates discussed for the progression of the case.

IT IS ORDERED:

- ☐ Schedule Set:
  - Trial:
  - PTC:
  - Discovery:
- ☐ Proceedings continued to ____________________ at __________ a.m./p.m.
- ☐ Submitted ☐ Sustained ☐ Overruled
- ☐ Brief time set:
- ☐ Written order forthcoming.

s/Shirley Hansen
Judicial Assistant