**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**Case No. 01-CV-2320 RHK/AJB**

**CERTIFICATE OF SERVICE**

Service of the attached was made on July 19, 2004, upon the attorneys named to their last known addresses by the undersigned on behalf of BASSFORD REMELE; A Professional Association, as attorneys of record in the said action:

1. Exhibits 4 and 9 to the Affidavit of Christopher J. Soller in Support of Defendant AdvancePCS' Motion to Strike the Expert Report and Testimony of Dr. Claude R. Martin, Jr., and
2. Order (proposed);

to be filed/served conventionally (paper format) with the Clerk of Court to the following :

David B. Potter
Bret A. Puls
Oppenheimer, Wolff & Donnelly
45 South 7th St, Suite 3400
Minneapolis, MN 55402

By handing to and leaving with Justin Nofal.

Tim F. Gellerman July 21st, 2004