**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**Case No. 01-CV-2320 RHK/AJB**

**CERTIFICATE OF SERVICE**

Service of the attached was made on July 19, 2004, upon the attorneys named to their last known addresses by the undersigned on behalf of BASSFORD REMELE; A Professional Association, as attorneys of record in the said action:

1. Exhibits 4 and 9 to the Affidavit of Christopher J. Soller in Support of Defendant AdvancePCS' Motion to Strike the Expert Report and Testimony of Dr. Claude R. Martin, Jr., and
2. Order (proposed);

to be filed/served conventionally (paper format) with the Clerk of Court to the following :

Mark J. Briol
Vicki J. Bitner
Briol & Associates
80 South 8th St, Suite 3700
Minneapolis, MN 55402

By handing and leaving with Ana Viray.

[signature]

Tim F. Gellerman July 21st, 2004