# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United Healthcare Insurance Co. and AARP, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Arthur J. Boylan |
| Plaintiffs, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CV 01-2320 RHK/AJB |
| | ) | Date: July 22, 2004 |
| Advancepcs, | ) | Court Reporter: |
| | ) | Time Commenced: 8:30 a.m. |
| Defendant. | ) | Time Concluded: 8:35 a.m. |
| | ) | Time in Court: 5 Minutes |

**Telephone Conference on: Oral Motion to Stay the Filing and Service of the Response to Summary Judgment Motion**

APPEARANCES:
Plaintiff: Bret Puls
Defendant:

PROCEEDINGS:
- ☐ Evidence by ☐ Plaintiff ☐ Defendant ☐ Other:
- ☐ Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
- ☐ Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
- ☐ Initial pretrial conference held.
- ☐ Final pretrial conference held.
- ☐ Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
- ☐ Settlement reached. Terms stated on the record.
- ☐ No settlement reached.
- ☐ Status conference.
- ☐ Dates discussed for the progression of the case.

IT IS ORDERED:
- ☐ Schedule Set:
  - Trial:
  - PTC:
  - Discovery:
- ☐ Proceedings continued to ____________________ at __________ a.m./p.m.
- ☐ Submitted ☐ Sustained ☐ Overruled
- ☐ Brief time set:
- ☒ **Oral Motion to Stay the Filing and Service of the Response to Summary Judgment Motion is granted. Written order will not follow. Deadline for the response to the summary judgment motion is continued pending further order of the Court.**

s/Shirley Hansen
Judicial Assistant