UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AARP,
et al

Plaintiffs,

vs CV 01-2320 RHK/AJB

Advancepcs,

Defendant.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE.**

Dated: August 17, 2004.

s/Richard Kyle
RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT