UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United Healthcare Insurance Company
and AARP,

Plaintiffs, Civil No. 01-2320 (RHK/AJB)

vs. **O R D E R**

AdvancePCS,

Defendant.

---

The August 17, 2004 Order of Dismissal (Doc. No. 237) is **VACATED**.

Dated: August 18, 2004

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge