IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCEPCS,<br><br>Defendant. | Civil Action No. 01-2320 RHK/AJB |

**STIPULATION OF DISMISSAL AND PRAECIPE FOR DISCONTINUANCE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs United HealthCare Insurance Company and AARP and Defendant AdvancePCS hereby stipulate to the voluntary dismissal, with prejudice, of Plaintiffs' claims against Defendant and Defendant's counterclaims against Plaintiffs. The parties request that the case be marked as settled and discontinued.

This 16th day of September, 2004

UNITED HEALTHCARE INSURANCE CO.

By Counsel

Michael J. Lyle (By BAP)

WEIL, GOTSHAL & MANGES LLP
Michael J. Lyle
Holly E. Loiseau
Christine P. Hsu
1501 K Street NW, Suite 100
Washington, D.C. 2005

[signature]

OPPENHEIMER WOLFF & DONNELLY LLP
David B. Potter
Bret A. Puls
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402

SCANNED
SEP 20 2004
U.S. DISTRICT COURT ST. PAUL

This 16 day of September, 2004

AARP
By Counsel

______________________________

BRIOL & ASSOCIATES, PLLC
Mark J. Briol
Vicki J. Bitner
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

This ___ day of ___________, 2004

ADVANCEPCS
By Counsel

______________________________

REED SMITH LLP
W. Thomas McGough, Jr.
Mary J. Hackett
Christopher J. Soller
435 Sixth Avenue
Pittsburgh, PA 15219

______________________________

BASSFORD REMELE, P.A.
Lewis A. Remele, Jr.
Kevin P. Hickey
33 South Sixth Street
Suite 3800
Minneapolis, MN 55402-3787

Dated: 9/20/04

SO ORDERED:

s/Richard H. Kyle
RICHARD H. KYLE
U.S. DISTRICT COURT JUDGE