IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 01-2320 RHK/AJB |
| ADVANCEPCS, | ) | |
| Defendant. | ) | |

**STIPULATION FOR ENTRY OF PERMANENT INJUNCTION**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their counsel of record, to the following permanent injunction.

PERMANENT INJUNCTION

Pursuant to Fed. R. Civ. P. 65, Defendant AdvancePCS and its present and former parent, subsidiary, affiliate and/or successor companies ("AdvancePCS") and all of their present and former officers, agents, servants, employees, and attorneys, and all those persons in active concert or participation with them who receive actual notice of this stipulation and order by personal service or otherwise are hereby permanently restrained and enjoined from engaging in, committing or performing, directly or indirectly, any and all of the following acts:

(a) approving prescription discount claims containing or otherwise using the carrier number "H020," including but not limited to prescription discount claims using the carrier number "H020" in combination with any of the following group numbers--2100, 2200, 2300, 2400, and 3001-3051;

(b) continuing to approve prescription discount claims for any AARP Program participant because AdvancePCS "enrolled" that AARP Program participant

SCANNED
SEP 2 0 2004
U.S. DISTRICT COURT ST. PAUL

in an AdvancePCS plan through the adjudication of a claim using the former AARP Program carrier-group numbers;

(c) treating prescription discount claims containing or otherwise using the unique carrier and group numbers that AdvancePCS had utilized as PBM for the AARP Program, including but not limited to the carrier number "H020" in combination with any of the following group numbers--2100, 2200, 2300, 2400, and 3001-3051--as claims intended for submission to an AdvancePCS prescription discount plan; and

(d) using any identifying non-public information for any AARP Program participants for the purpose of soliciting those participants or encouraging them to enroll in an AdvancePCS prescription discount plan.

This 16th day of Septmbr, 2004

UNITED HEALTHCARE INSURANCE CO.

By Counsel

Michael J. Lyle (by BAP)

WEIL, GOTSHAL & MANGES LLP
Michael J. Lyle
Holly E. Loiseau
Christine P. Hsu
1501 K Street NW, Suite 100
Washington, D.C. 2005

OPPENHEIMER WOLFF & DONNELLY LLP
David B. Potter
Bret A. Puls
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402

This 16 day of September, 2004

AARP
By Counsel

BRIOL & ASSOCIATES, PLLC
Mark J. Briol
Vicki J. Bitner
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

This ___ day of ___________, 2004

ADVANCEPCS
By Counsel

______________________________
REED SMITH LLP
W. Thomas McGough, Jr.
Mary J. Hackett
Christopher J. Soller
435 Sixth Avenue
Pittsburgh, PA 15219

______________________________
BASSFORD REMELE, P.A.
Lewis A. Remele, Jr.
Kevin P. Hickey
33 South Sixth Street
Suite 3800
Minneapolis, MN 55402-3787

Dated: 9/20/04

SO ORDERED:

s/Richard H. Kyle
RICHARD H. KYLE
U.S. DISTRICT COURT JUDGE

OPPENHEIMER

OPPENHEIMER WOLFF & DONNELLY LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402-1609

oppenheimer.com

612.607.7000
Fax 612.607.7100

Direct Dial: 612.607.7552
E-Mail: BPuls@oppenheimer.com

September 17, 2004

RECEIVED
04 SEP 17 PM 2:53
CLERK, U.S. DIST. COURT
MINNEAPOLIS, M

*VIA MESSENGER*

Clerk of U.S. District Courts
United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

**Re:** ***United Healthcare Insurance Co., et al v. AdvancePCS***
**Case No. 01-CV-2320**

Dear Court Administrator:

Please find enclosed the following documents for filing in relation to the above-referenced matter:

(1) Stipulation of Dismissal and Praecipe for Discontinuance; and
(2) Stipulation for Entry of Permanent Injunction.

Should you have any questions, please feel free to contact me directly.

Very truly yours,

Bret A. Puls
BAP/jat
Enclosures
cc: Honorable Richard H. Kyle (w/encl.)
W. Thomas McGough, Jr./Christopher J. Soller (w/encl.)
Kevin P. Hickey/Lewis A. Remele, Jr. (w/encl.)
Michael Lyle/Christine Hsu (w/encl.)
Vicki Bitner/Mark Briol (w/encl.)
David B. Potter (w/encl.)