IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED HEALTHCARE INSURANCE CO. and AARP, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 01-2320 RHK/AJB ) |
| ADVANCEPCS, | ) ) |
| Defendant. | ) |

ORDER

THIS CAUSE having come to be heard upon the request of United Healthcare Insurance Co. for an Order approving the release of the Injunction Bond filed with the Clerk of the United States District Court for the District of Minnesota and the Court being duly advised, it is hereby:

ORDERED that the Clerk of the United States District Court for the District of Minnesota, upon receipt of this Order, shall release and return to counsel for United Healthcare Insurance Co. the Injunction Bond previously filed on March 19, 2002.

s/Richard H. Kyle
JUDGE

6/15/05
ENTERED